# EXHIBIT A

| | |
|---|---|
| **From:** | Jon Smith <jon@hoplitetvfilm.com> |
| **Sent:** | Monday, September 28, 2020 10:31 AM |
| **To:** | Chandler Rierson |
| **Cc:** | Massimiliano Musina; Walter Josten |
| **Subject:** | Re: Big Media/Fight Channel |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hey Chandler see responses below also will you be able to provide me with banking info prior to noon today? I have a call with FCW at 9 o'clock Pacific time and ideally would like to be able to give them that information so I can try to push to get this paperwork from them today instead of waiting until tomorrow.

 Also you will notice below we always add headroom in of about 30 days with each of our clients and some pay on the exact date on time others pay like a typical invoice within 30 days of the due date hence the dates below hopefully that makes sense.

On Mon, Sep 28, 2020, 6:02 AM Chandler Rierson <chandlerrierson@bay-pointadvisors.com> wrote:

> Jon,
>
>
> Has 50% of the Big Media license fee been received already? Per the agreement it says 90 days after execution.  They are set to pay this on Oct 15th.
>
>
> When is Therapy Dogs expected to be delivered to Fight Channel?  We are delivering this in the next 2 weeks and are expecting payment by the 15th of November (typically they pay within about 10-20 biz days of delivery).
>
>
> When are the episodes outlined in the agreement expected to be delivered to Screen Media?  Already delivered, they are set to pay on the 30th of Oct.
>
>
>
> I am trying to outline the expected payment period for each agreement.
>
>
> Thank you,
>
> Chandler

1