# EXHIBIT B

| | |
|---|---|
| **From:** | Jon Smith <jon@hoplitetvfilm.com> |
| **Sent:** | Monday, September 28, 2020 8:45 PM |
| **To:** | Olcott, Christopher A.; Chandler Rierson |
| **Subject:** | StandBy |
| **Attachments:** | HOPLITE_Columbia_ltr_Standby-loandocs.pdf; Entrust-Danklefsen_Standby_Note and origianl Loan doc.pdf; Standby XXIII.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

 Turpera Standby-Orginal Fund Doc.pdf

Both,

Attached are the amended standby letters with docs attached.

Also here is a little color commentary so you know how all of this is working.  Each letter is attached to the most current documents associated with each of the respective parties.

1. Columbia Bank re-did the letter per request, have the standby letter and their loan docs all in one PDF.  This one is relatively straightforward as you both know.  Chandler as I had mentioned when we first started this weeks ago, these SBA loans are show specific.
2. Gary Danklefsen MBO Entrust Group.  Gary originally did a loan deal with us and one of his high net worth friends.  Since then he has continued to roll his funding into other productions, and is still a financier of ours.
3. XXIII did a multi show deal with us.
4. Turpera Group we have been working with for years.  Pedro is a very well known guy here in LA.  His deal with us is also a multishow deal and rather straight forward.  Chris as you and I discussed if you need further agreements with/from Turpera let me know.  Trying to keep the paper easy as we had discussed today.  Apologies on this one but the way they sent the file for some reason is very large.
5. Porta Pellex one of show deal
6. **Note I did not do any for me this time around, as the subordination agreements I signed today see to cover this.

I will have the countersigned NDAs from everyone by the morning, FCW had already left for the day.  I have Screen and BMH and will send over all three first thing in the morning.

Thank you both for the hustle on your end to get this done as well!

--
**JON SMITH | CEO | HOPLITE ENTERTAINMENT**
6725 Sunset Blvd. | Suite 250 | Los Angeles, CA 90028 |
Office 323-498-5801



*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*