# EXHIBIT L

| | |
|---|---|
| **From:** | Seth Needle <Seth@screenmedia.net> |
| **Sent:** | Tuesday, December 1, 2020 11:10 PM |
| **To:** | Chandler Rierson |
| **Subject:** | Re: Confirming |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Chandler-
Unfortunately, it appears this is a scam, as I did not ever send any such email.
Can you check what the email address that supposed email from me came from?

I'll bring this up with boss tomorrow morning.

Seth Needle
CSS Entertainment | Screen Media Ventures
SVP, Global Acquisitions & Co-Productions
seth@screenmedia.net

> On Dec 1, 2020, at 10:05 PM, Chandler Rierson wrote:
>
> Hi Seth,
> I hope all is well. I wanted to touch base on your email below to Jon Smith re the ACH payment for Hoplite. Can you please give me a call at your convenience to discuss?
> Thank you,
> Chandler Rierson
> 770-547-2174
>
> **From:** Jon Smith
> **Sent:** Tuesday, November 17, 2020 10:19 AM
> **To:** Chandler Rierson ; Rob Moran
> **Subject:** Fwd: Confirming
> Here we go
>
> ---------- Forwarded message ---------
> From: **Seth Needle**
> Date: Tue, Nov 17, 2020 at 7:17 AM
> Subject: Confirming
> To: Jon Smith <jon@hoplitetvfilm.com>
> Jon,
> See below, again as discussed all of our third party payments have to be ACH, it is sent though!
> Thanks and let me know if you need anythign further.
> Seth Needle | SVP, Worldwide Acquisitions | SCREEN MEDIA VENTURES | 800 Third Avenue, 3rd Floor, New York, NY 10022 |
> ---------- Forwarded message ---------

[wellsfargo.com]

## ACH is being processed

You recently submitted the following transfer:

**Transfer details**

| | |
|---|---|
| To account | XXX4688 |
| From account | XXXXXX5547 |
| Amount | $1,488,000.00 |
| Send on | 11/17/2020 |
| Description | 1 of 1 |
| Confirmation number | OW00001017510624 |

If you did not submit this transfer, or if you have questions, please call Wells Fargo Online Customer Service at 1-800-956-4442. We are available 24 hours a day, 7 days a week

[wellsfargo.com] | Security Center

**Please do not reply to this automated email.** Sign on to send a _secure email_.

d9d0c663-4c42-488e-be35-9e99e426e1f2


--

**JON SMITH |** CEO | **HOPLITE ENTERTAINMENT**
6725 Sunset Blvd. | Suite 250 | Los Angeles, CA 90028 |
Office 323-498-5801



*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*