# EXHIBIT M

| | |
|---|---|
| **From:** | Jon Smith <jon@hoplitetvfilm.com> |
| **Sent:** | Saturday, November 21, 2020 5:28 PM |
| **To:** | Rob Moran; Chandler Rierson |
| **Subject:** | Fwd: Wells Fargo Wire Transfer Initiated |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

---------- Forwarded message ---------
From: **Wells Fargo Online** <alerts@notify.wellsfargo.com>
Date: Fri, Nov 20, 2020 at 3:06 PM
Subject: Wells Fargo Wire Transfer Initiated
To: <jon.distilledprod@gmail.com>



wellsfargo.com

## Your Wire Transfer is being processed

You recently submitted the following transfer:

**Transfer details**

| | |
|---|---|
| To account | XXXXXX9437 |
| From account | XXXXXX5731 |
| Amount | $100,000.00 |
| Send on | 11/23/2020 |
| Confirmation number | OW00000996862835 |

If you did not submit this transfer, or if you have questions, please call Wells Fargo Online Customer Service at 1-800-956-4442. We are available 24 hours a day, 7 days a week

**wellsfargo.com** | Security Center

**Please do not reply to this automated email.** Sign on to send a **secure email**.

6e4abb10-4d90-4d9d-b362-aa67b4011528

--

**JON SMITH |** CEO | **HOPLITE ENTERTAINMENT**
6725 Sunset Blvd. | Suite 250 | Los Angeles, CA 90028 |
Office 323-498-5801



*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*