# EXHIBIT Q

| | |
|---|---|
| **From:** | Kristofer Larson <klarson@larsonlawfirmllc.com> |
| **Sent:** | Wednesday, February 17, 2021 6:49 PM |
| **To:** | Chandler Rierson |
| **Subject:** | Re: Porta Pellex - Hoplite Enterrainment |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Chandler

Thanks for sending the standby agreement.  I have never seen it; Noah Bronstein does not have authority to sign anything on behalf of Porta Pellex; and most importantly, Noah did not sign it.

I believe someone signed it that was not Noah and did so without Noah's knowledge or consent.

I sent an email to Gary with you cc'd.  Let me know if you didnt receive it - ill re send.

Thanks.

Kristofer

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Chandler Rierson <chandlerrierson@bay-pointadvisors.com>
**Sent:** Wednesday, February 17, 2021, 11:47 AM
**To:** Kristofer Larson
**Subject:** RE: Porta Pellex - Hoplite Enterrainment

Hi Kristofer,

Very much appreciate the call. Per our discussion, please find attached the Standby Agreement for Porta Pellex. Please confirm via email the validity of this document.

Also, please provide the contact information for Gary Danklefsen. I would like to reach out and discuss his investment in Hoplite as well.

Thank you,
Chandler Rierson

---

**From:** Chandler Rierson <chandlerrierson@bay-pointadvisors.com>
**Sent:** Wednesday, February 17, 2021 4:18 PM
**To:** klarson@larsonlawfirmllc.com
**Subject:** Porta Pellex - Hoplite Enterrainment

1

Hi Kristofer,

I am reaching out regarding Porta Pellex's investment in Hoplite Entertainment, and you are listed as the contact person. Can you please give me a call to discuss ASAP?

Thank you,
Chandler Rierson
770-547-2174
https://www.baypointmedia.com/