# EXHIBIT R

| | |
|---|---|
| **From:** | newmanar@gtlaw.com |
| **Sent:** | Thursday, March 25, 2021 5:26 PM |
| **To:** | Peurach, Alexandra S. |
| **Subject:** | RE: Bay Point/Hoplite - XXIII Capital |

**EXTERNAL SENDER**

Thank you, Alex. In case you needed further confirmation, these documents are falsified. Even the purported "Loan Agreement" bears no resemblance to the robust and extensive loan documents signed by the parties and dated December 9, 2016.

**Ari Newman**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0868  |  C +1 305.807.9373
newmanar@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Peurach, Alexandra S. <Alexandra.Peurach@troutman.com>
**Sent:** Thursday, March 25, 2021 5:01 PM
**To:** Newman, Ari (Shld-Mia-Bky) <newmanar@gtlaw.com>
**Subject:** RE: Bay Point/Hoplite - XXIII Capital

**\*EXTERNAL TO GT\***

Hi Ari – Nice speaking with you too. Attached is the underlying Standby Agreement that Bay Point received from Hoplite/Smith.

**Alexandra S. Peurach**
Partner
**troutman pepper**
Direct: 404.885.3121 | Mobile: 240.355.5503 | Internal: 11-3121
alexandra.peurach@troutman.com

**From:** newmanar@gtlaw.com <newmanar@gtlaw.com>
**Sent:** Thursday, March 25, 2021 2:50 PM
**To:** Peurach, Alexandra S. <Alexandra.Peurach@troutman.com>
**Subject:** Bay Point/Hoplite - XXIII Capital

**EXTERNAL SENDER**

Hi Alex –

It was good speaking with you earlier. Your Verified Amended Complaint makes reference to documents shared with your client purporting to come from XXIII Capital (see, for example. Exhibit P to the Verified Amended Complaint). Would you mind please sending me a copy of any subordination or standby documents purportedly executed by XXIII Capital, including the "Standby XXIII" document alleged to be attached to Exhibit P. Our client is trying to get a handle on the magnitude of the fraud perpetrated on it.

Thank you.


**Ari Newman**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0868  |  C +1 305.807.9373
newmanar@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.