# EXHIBIT S





**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U200035603727
Date Filed: 12/8/2020

B0351-2181 12/08/2020 7:12 PM Received by California Secretary of State

**Submitter Information:**

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| HOPLITE ENTERTAINMENT INC. | 6725 SUNSET BLVD. STE 250 LOS ANGELES, CA 90028 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| BONDIT LLC | 1639 11TH ST. #160 SANTA MONICA, CA 90404 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
The Debtor hereby irrevocably and unconditionally pledge, assign and grant to the Secured Party a first priority security interest, in all of the Debtors' right, title and interest in, to and under all property, tangible and intangible, wherever located or situated and whether now owned, currently existing or hereafter acquired or created, including, but not limited to accounts, deposit accounts, equipment, general intangibles, goodwill, inventory, investment property, letter of credit rights, negotiable collateral, intellectual property, insurance policies, cash, technology, supporting obligations, Debtor's rights to its account receivables, proceeds, any securities and all other personal property of the Debtors (collectively, the "Collateral"), as collateral security to secure the payment and performance in full of all the Obligations to the Secured Party.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**

**Select an additional alternate Financing Statement type:**

**Select an alternative Debtor/Secured Party designation for this Financing Statement:**

**Optional Filer Reference Information:**
2029 36784