# EXHIBIT V

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3   BAY POINT CAPITAL PARTNERS     )
     II, LP,                        )
 4                                  )
                    Plaintiff,      )   CRIMINAL ACTION FILE
 5             v.                   )   NO. 1:21-CV-00375-MLB
                                    )
 6   HOPLITE, INC. ET AL,           )
                                    )
 7                  Defendants.     )
     _____)
 8

 9

10   ----------------------------------------------------------

11         BEFORE THE HONORABLE MICHAEL L. BROWN
                   TRANSCRIPT OF PROCEEDINGS
12                     MARCH 24, 2021
     ----------------------------------------------------------
13

14

15

16
           Proceedings recorded by mechanical stenography
17          and computer-aided transcript produced by

18
         JANA B. COLTER, FAPR, RMR, CRR, CRC
19              Official Court Reporter
                 1949 U.S. Courthouse
20              75 Ted Turner Drive, SW
                Atlanta, Georgia  30303
21                 (404) 215-1456

22

23

24

25
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
```

```
 1               Other than those names I've mentioned, no.
 2               That's not he has exclusive control and no one else
 3   has control.  The board of directors took control.
 4               MR. WINSBERG:  Yeah, Your Honor.
 5               MR. COHAN:  And this is real, if you go to -- this is
 6   real, it's a functioning board, and there's no evidence to the
 7   contrary.  And this is the plaintiff's burden.  And they
 8   absolutely misrepresented to you what this testimony was.
 9               MR. WINSBERG:  Your Honor, if you go to the page
10   before.
11               THE COURT:  Pardon?
12               MR. WINSBERG:  The page before in his transcript.
13   Where talk about --
14               THE COURT:  Where he talks about Pacciti?
15               MR. WINSBERG:  He talks about the members of the
16   Hoplite board have access to Hoplite's bank accounts.  He talks
17   about one with respect to an LDE contract, Mr. Senner, and do
18   any other members of Hoplite's board have access to other
19   Hoplite's accounts.  Not that I'm aware of.
20               He's got control.  He's not contesting -- is Mr.
21   Cohan really saying that Mr. Smith doesn't have access to the
22   Wells Fargo accounts at Hoplite?
23               THE COURT:  I'm going to have Mr. Smith here.
24               MR. WINSBERG:  Yeah.
25               THE COURT:  I think we should do it Tuesday.
```

1                 Is that right, Mr. Thurman?
2                 COURTROOM DEPUTY:  Let's see.
3                 THE COURT:  We could also do it Wednesday.
4                 MR. WINSBERG:  Your Honor, if we could, could we --
5    could you order Hoplite and Hoplite Entertainment to update
6    their bank statements between what they've produced on
7    March 20th through --
8                 THE COURT:  I will.
9                 MR. WINSBERG:  -- Friday.
10                THE COURT:  I will.
11                MR. WINSBERG:  -- to refresh them up to date?
12                THE COURT:  Yes.
13                COURTROOM DEPUTY:  I would say Wednesday, March 31st,
14   is "best, at 2:00.
15                THE COURT:  Okay.  Everybody got that?
16                MR. COHAN:  So the Court is ordering Mr. Smith
17   personally to --
18                THE COURT:  Yes.
19                MR. COHAN:  -- be here present in court?
20                THE COURT:  Yes.
21                MR. COHAN:  Or by video?
22                THE COURT:  Present.
23                MR. COHAN:  He's in California.
24                THE COURT:  He's in California?
25                MR. COHAN:  Yes.

```
 1              THE COURT:  I think he ought to be here in court.
 2              MR. COHAN:  And, Judge, I don't know what the travel
 3   reconviction are.
 4              THE COURT:  Yes; I know.  You ought to see what the
 5   travel reconvictions are.  I don't know what they are either.
 6   If he can't make it for travel reasons, then you-all ought to
 7   talk about that, but I --
 8              MR. WINSBERG:  He was here in Atlanta for his
 9   deposition.
10              MR. COHAN:  He was here, but he didn't go straight to
11   and from.
12              THE COURT:  Okay.  Well, let's see what he says.  I
13   thought he lived in Florida.
14              MR. COHAN:  No, California.
15              THE COURT:  Okay.
16              MR. COHAN:  Everybody's in California.  There is no
17   personal jurisdiction here, either.  All the loan documents
18   were signed in California.  Everybody lives in California.  All
19   the witnesses, all the documents and all the collateral are all
20   in California.
21              THE COURT:  Okay.  Well, as I have said, it is
22   presented in the way it is.  I will look at your order, and if
23   I think that it is so obvious that I can short-circuit this,
24   I'll let you know, but otherwise, I think that it ought to be
25   presented as any other order would be presented.
```

55

```
 1            MR. COHAN:  Would Your -- Honor.
 2            THE COURT:  I'm going to hear from him.  And if you
 3   want to bring somebody else as well, that's fine as well.  But
 4   I think it's pretty simple.  If money is going out for things
 5   that violate the injunction, I think it's pretty simple that
 6   the injunction has failed.
 7            And it may be that they should ask different
 8   questions and request other documents.  Okay.  I suppose that
 9   there is an iterative process to making sure that they have all
10   of the stuff that they want, the documents and information.
11            But when somebody is spending the money, that's
12   another issue, I think, unless somebody tells me that I didn't
13   prevent that from happening.
14            But I find it hard to believe that his trip to
15   Puerto Rico is in the ordinary course of business, especially
16   because it's at a time that he apparently had resigned.
17            MR. COHAN:  He's in the reality TV show business.
18            THE COURT:  Right.  But he has resigned from this
19   company, right?
20            MR. COHAN:  As management.  He's still running the
21   company.  I mean, he's still making it happen.  Nobody else
22   knows the business but him.
23            THE COURT:  Well, okay.  He either is or is not, but
24   I suppose that needs to be answered.  Maybe it is.  That's why
25   I've posited the question of whether it was in the ordinary
```

```
 1  course of business, but right now, what I have been told and
 2  what I see is that he resigned in early February and yet he's
 3  got a trip and there's some other payments being made that
 4  don't seem to be in the ordinary course of business, so we'll
 5  see.  We'll see.  But I'd like to hear from him and have those
 6  answers here so that we can address this issue.
 7             Is there anything else that we want to talk about
 8  today?
 9             MR. WINSBERG:  No, Your Honor.  Just Your Honor is
10  going to order them to update the bank statement records?
11             THE COURT:  I will.  I've ordered that.  I would say
12  this, if you think -- I'd like y'all to look at his
13  jurisdictional motion.  I'm going to give you the amount of
14  time to respond, but if there is something that you want to
15  respond to shortly, you can do that as well.  It's not going to
16  be your response.  He has asked me to short circuit this.  And
17  you ought to have at least a chance to weigh in on the short
18  circuit.
19             I know that is not the way it ought to go.  And I'm
20  sure that most judges would not do it, but if you have you a
21  two- or three-page response that you want to give me, I will
22  look at it just to know whether I am in dangerous waters or
23  not.
24             MR. WINSBERG:  Your Honor, we're happy to do that.
25             THE COURT:  All right.  Anything else?
```