TROUTMAN PEPPER HAMILTON SANDERS LLP
Luke N. Eaton (SBN 280387)
  E-mail: luke.eaton@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

Harris B. Winsberg (admitted *pro hac vice*)
  E-mail: harris.winsberg@troutman.com
Alexandra S. Peurach (admitted *pro hac vice*)
  E-mail: Alexandra.Peurach@troutman.com
Nathan T. DeLoatch (admitted *pro hac vice*)
  E-mail: nathan.deloatch@troutman.com
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Creditor
BAY POINT CAPITAL PARTNERS II, LP

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JONATHAN L. SMITH,<br><br>    Debtor.<br><br>BAY POINT CAPITAL PARTNERS II, LP,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN L. SMITH,<br><br>    Debtor-Defendant. | Case No. 2:21-bk-12542-BR<br><br>Chapter 7<br><br>Adversary No. 2:21-ap-01116-BR<br><br>**PROOF OF SERVICE OF EXECUTED SUMMONS AND ADVERSARY COMPLAINT ON DEFENDANT.**<br><br>Status Conference:<br>Date: August 31, 2021<br>Time: 10:00 A.M.<br>Place: 255 E. Temple St., Crtrm 1668, Los Angeles, CA 90012 |

**TO: HON. BARRY RUSSELL:**

Bay Point Capital Partners II, LP ("Plaintiff") hereby submits the within proof of service on

1 | defendant in this action of the executed summons (D.I. 2) and the adversary complaint (D.I. 1)

2 | filed in this adversary proceeding.

3 | Dated:     June 28, 2021           TROUTMAN PEPPER HAMILTON
4 |                                     SANDERS LLP

5 |

6 |                                    By: */s/ Nathan T. DeLoatch*
                                          Luke N. Eaton (SBN 280387)
7 |                                       Two California Plaza
                                          350 S. Grand Avenue, Suite 3400
8 |                                       Los Angeles, CA 90071-3427
                                          Telephone: 213.928.9800
9 |                                       Facsimile: 213.928.9850
                                          luke.eaton@troutman.com

10 |                                      -and-

11 |                                      Harris B. Winsberg (admitted *pro hac vice*)
12 |                                      Alexandra S. Peurach (admitted *pro hac vice*)
                                          Nathan T. DeLoatch (admitted *pro hac vice*)
13 |                                      600 Peachtree Street, NE, Suite 3000
                                          Atlanta, GA 30308
14 |                                      Telephone: 404.885.3000
                                          Facsimile: 404.885.3900
15 |                                      harris.winsberg@troutman.com
                                          alexandra.peurach@troutman.com
16 |                                      nathan.deloatch@troutman.com

17 |                                     *Attorneys for Creditor and Plaintiff Bay Point Capital Partners II, LP.*

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Harris Winsberg<br>Troutman Pepper Hamilton Sanders, LLP<br>600 Peachtree St NE<br>Suite 3000<br>Atlanta, GA 30308<br><br>404−885−3000<br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>Jonathan Lee Smith<br><br><br><br>Debtor(s). | CASE NO.: 2:21−bk−12542−BR<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 2:21−ap−01116−BR |
|---|---|
| Bay Point Capital Partners II, LP<br><br>Plaintiff(s)<br>Versus<br>Jonathan Lee Smith<br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left−hand corner of this page. The deadline to file and serve a written response is **07/28/2021.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
        **Date:**        **August 31, 2021**
        **Time:**        **10:00 AM**
        **Hearing Judge:**        **Barry Russell**
        **Location:**        **255 E Temple St., Crtrm 1668, Los Angeles, CA 90012**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*        Page 1        **F 7004−1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

          **KATHLEEN J. CAMPBELL**
          **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: June 28, 2021

By:     "s/" Stacey Fortier
         Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016      Page 2      **F 7004–1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street, NE, Suite 3000, Atlanta, GA 30308.**

A true and correct copy of the foregoing document entitled (*specify*): **Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1]; Complaint to Determine Non-dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 28, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nathaniel DeLoatch:    nathan.deloatch@troutman.com
Howard M Ehrenberg (TR):    ehrenbergtrustee@sulmeyerlaw.com,
   ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
United States Trustee (LA):    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 28, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Jonathan Lee Smith<br>506 N. Croft Avenue<br>Los Angeles, CA 90048 | Christopher P Walker<br>Law Office of Christopher P. Walker, P.C<br>505 S Villa Real Dr Ste 103<br>Anaheim Hills, CA 92807 |
| Honorable Barry Russell<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1660 / Courtroom 1668<br>Los Angeles, CA 90012 | |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 28, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/28/2021 | Nathaniel T. DeLoatch | */s/ Nathaniel T. DeLoatch* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
114931067v1