# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

| In re:<br>Jonathan Lee Smith<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:21–bk–12542–BR<br><br>CHAPTER NO.: 7 |
|---|---|
| Bay Point Capital Partners II, LP<br><br><div align="center">Plaintiff(s)<br>Versus</div>Jonathan Lee Smith<br><br><div align="center">Defendant(s)</div> | ADVERSARY NO.: 2:21–ap–01116–BR |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 8/27/2021, a request was filed for the clerk to enter default against defendant(s) **Jonathan Smith**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: August 29, 2021

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Stacey Fortier**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                         **6 – 5 / SF**