United States Bankruptcy Court

Central District of California

Bay Point Capital Partners II, LP,

    Plaintiff

Adv. Proc. No. 21-01116-BR

Smith,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: van192 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Alexandra Peurach, Troutman Pepper Hamilton Sanders LLP, 600 Peachtree St. NE, Suite 3000, Atlanta, GA 30308-2305 |
| aty | + Harris Winsberg, Troutman Pepper Hamilton Sanders, LLP, 600 Peachtree St NE, Suite 3000, Atlanta, GA 30308-2305 |
| aty | + Luke Eaton, Two California Plaza, 350 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-3427 |
| pla | + Bay Point Capital Partners II, LP, 3050 Peachtree Rd, Suite 740, Atlanta, GA 30305-2212 |
| dft | + Jonathan Lee Smith, 506 N. Croft Avenue, Los Angeles, CA 90048-2511 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@sulmeyerlaw.com ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com |
| Nathaniel DeLoatch | on behalf of Plaintiff Bay Point Capital Partners II LP nathan.deloatch@troutman.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

| | |
|---|---|
| In re:<br>Jonathan Lee Smith<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:21–bk–12542–BR<br><br>CHAPTER NO.: 7 |
| Bay Point Capital Partners II, LP<br><br>Plaintiff(s)<br>Versus<br>Jonathan Lee Smith<br><br>Defendant(s) | ADVERSARY NO.: 2:21–ap–01116–BR |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>8/27/2021</u>, a request was filed for the clerk to enter default against defendant(s) **Jonathan Smith**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: August 29, 2021

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Stacey Fortier</u>**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014        6 – 5 / SF