# Exhibit 1

1    TROUTMAN PEPPER HAMILTON SANDERS LLP
     Luke N. Eaton (SBN 280387)
2        E-mail: luke.eaton@troutman.com
     Two California Plaza
3    350 South Grand Avenue, Suite 3400
     Los Angeles, CA 90071-3427
4    Telephone: 213.928.9800
     Facsimile: 213.928.9850
5
     Harris B. Winsberg (admitted *pro hac vice*)
6        E-mail: harris.winsberg@troutman.com
     Alexandra S. Peurach (admitted *pro hac vice*)
7        E-mail: Alexandra.Peurach@troutman.com
     Nathaniel T. DeLoatch (admitted *pro hac vice*)
8        E-mail: nathan.deloatch@troutman.com
     600 Peachtree Street, NE, Suite 3000
9    Atlanta, GA 30308
     Telephone: 404.885.3000
10   Facsimile: 404.885.3900

11   Attorneys for Plaintiff
     BAY POINT CAPITAL PARTNERS II, LP
12
                    UNITED STATES BANKRUPTCY COURT
13                    CENTRAL DISTRICT OF CALIFORNIA
14                        LOS ANGELES DIVISION

15

16   In re                                    Case No. 2:21-bk-12542-BR

17   JONATHAN L. SMITH,                        Chapter 7

18            Debtor.                          Adversary No. 2:21-ap-01116-BR

19
                                              **DECLARATION OF HARRIS WINSBERG
20   BAY POINT CAPITAL PARTNERS II,           IN SUPPORT OF BAY POINT CAPITAL
     LP,                                      PARTNERS II, LP'S MOTION FOR
21                                            ENTRY OF DEFAULT JUDGMENT ON
             Plaintiff,                       NON-DISCHARGEABILITY OF DEBT
22                                            PURSUANT TO 11 U.S.C. § 523(a)(2)(A)
     v.                                       AGAINST DEBTOR-DEFENDANT.**
23
     JONATHAN L. SMITH,
24
             Debtor-Defendant.
25

26   I, Harris Winsberg, declare as follows:

27

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
TWO CALIFORNIA PLAZA
350 SOUTH GRAND AVENUE
SUITE 3400
LOS ANGELES, CA 90071-3427

1.    I have personal knowledge of the facts stated in this Declaration.  I am over the age of 18 years and am competent and qualified to execute this Declaration.

2.    I am a partner in the law firm of Troutman Pepper Hamilton Sanders LLP ("**Troutman**") and serve as counsel to Bay Point Capital Partners II, LP ("**Bay Point**") in the bankruptcy case ("**Bankruptcy Action**") of Jonathan Lee Smith ("**Debtor**"), as well as in the above-captioned adversary proceeding (the "**Adversary Proceeding**") and in a civil action filed by Bay Point against the Debtor on January 22, 2021 in the United States District Court for the Northern District of Georgia, *Bay Point Capital Partners II, LP v. Hoplite, Inc. et al.*, No. 1:21-cv-00375-MLB (N.D. Ga.) (the "**District Court Action**").

3.    I am admitted to this Court *pro hac vice* for purposes of the Bankruptcy Action and this Adversary Proceeding.

4.    I submit this Declaration in support of Bay Point's Motion for Entry of Default Judgment on Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A).

5.    As detailed in **Exhibit A** attached hereto, Bay Point has incurred, and has paid, $297,332.93 in attorneys' fees and litigation expenses for legal services that Troutman has provided through March 30, 2021 in connection with Bay Point's efforts to prosecute the Debtor's fraud in the District Court Action.

6.    Attached as **Exhibit A** are redacted billing records for work performed by Troutman attorneys and non-attorney timekeepers from January 5, 2021 to March 30, 2021, detailing the fees and expenses Bay Point has incurred in connection with the District Court Action through the date of Debtor's bankruptcy filing.

7.    Troutman bills Bay Point for work at standard hourly rates established for each attorney who works at the firm.  Those rates reflect the relative experience and expertise of each lawyer and the geographic locations in which each lawyer practices.  Troutman delegates work to lawyers with the appropriate level of seniority, and further distributes work among the team as needed depending on timing and various priorities of the case.  Where appropriate, Troutman also delegates work to non-lawyer timekeepers.  Work on this matter primarily has been performed out of Troutman's Atlanta office.  The hourly rates that apply to this particular matter are, as

TROUTMAN PEPPER HAMILTON SANDERS LLP
TWO CALIFORNIA PLAZA
350 SOUTH GRAND AVENUE
SUITE 3400
LOS ANGELES, CA 90071-1427

- 2 -

reflected in **Exhibit A**: Harris Winsberg, Atlanta-based Partner, $935/hour; Justin Wood, Atlanta-based Partner, $790/hour; Alexandra Peurach, Atlanta-based Partner, $750/hour; Nathan DeLoatch, Atlanta-based Associate, $450/hour; Christopher Kelleher, Atlanta-based Associate, $430/hour; Catherine Ward, Atlanta-based Paralegal, $305/hour; and Katherine Calloway, Washington, D.C.-based Paralegal, $290/hour.

8.      The above-named timekeepers charged the following amounts for time associated with the District Court Action through the date that the Debtor filed his bankruptcy petition:

| Timekeeper | Hours | Rate | Dollar Value |
|---|---|---|---|
| *Billable Legal Work* | | | |
| Harris Winsberg | 110.7 | $935 | $103,504.50 |
| Justin Wood | 3.4 | $790 | $2,686.00 |
| Alexandra Peurach | 135.1 | $750 | $101,325.00 |
| Nathan DeLoatch | 17.0 | $450 | $7,650.00 |
| Christopher Kelleher | 174.6 | $430 | $75,078.00 |
| Catherine Ward | 4.0 | $305 | $1,220.00 |
| Katherine Calloway | 0.9 | $290 | $261.00 |
| *Miscellaneous Costs and Expenses* | | | |
| Additional expenses and filing fees | N/A | N/A | $5,608.43 |
| **Total** | | | **$297,332.93** |

9.      In compiling the hours and charges reflected in Paragraph 8 above, I reviewed our firm's invoices to Bay Point and isolated the charges that related to Bay Point's prosecution of the Debtor's fraud in the District Court Action. In particular, those charges included: reviewing, drafting and filing the Complaint and Amended Complaint; reviewing, drafting and filing a Motion for the Appointment of a Receiver, which the Debtor opposed; responding to the Debtor's

TROUTMAN PEPPER HAMILTON SANDERS LLP
TWO CALIFORNIA PLAZA
350 SOUTH GRAND AVENUE
SUITE 3400
LOS ANGELES, CA 90071-3427

1   Motion to Dismiss; preparing for and conducting three evidentiary hearings on Bay Point's

2   Motion for the Appointment of a Receiver; supporting Marshall Glade in his capacity as the

3   Court-appointed agent for Bay Point in carrying out the terms of the Court's Order on Bay Point's

4   Motion for Appointment of a Receiver; analyzing documentary evidence produced by the Debtor

5   following the District Court's Order on Bay Point's Motion for the Appointment of a Receiver;

6   preparing for and taking the deposition of the Debtor; investigating the conduct underpinning Bay

7   Point's claims; and tasks related to those general areas of work.  In compiling these fees and

8   charges, I excluded (a) time spent on tasks unrelated to the prosecution of Bay Point's fraud-

9   based claims against Debtor, (b) other work not directly related to Bay Point's claims; and (c)

10  work conducted after the Debtor filed his bankruptcy petition on March 30, 2021.

11          10.     The fees of the Troutman attorneys and non-attorney timekeepers that worked on

12  this matter are reflected in the redacted statements attached hereto as **Exhibit A**.  These records

13  accurately set forth a detailed description of the services performed by each of the Troutman

14  professionals working on the case (with redactions for information protected by the attorney-

15  client privilege and the attorney work product privilege), the hourly rates charged by those

16  professionals for this work, and the amount of the fees charged for those services.  The costs and

17  expenses incurred by Troutman in connection with this matter are also listed in the statements

18  attached as **Exhibit A**.

19          11.     The unredacted information in the statements attached as **Exhibit A** reflects all

20  time and work associated with prosecuting Bay Point's fraud the District Court Action on a per-

21  attorney, per-day basis from January 5, 2021 through March 30, 2021, along with applicable

22  billing rates, and is included in the table that appears in Paragraph 9 above.  Should the Court

23  direct it, I will submit unredacted versions of the billing records for the Court's *in camera* review.

24          12.     I have personal knowledge of the work that was performed and reflected in

25  **Exhibit A**.  Based on my experience and knowledge, the time spent was reasonable and

26  necessary.  Indeed, the nearly 50 separate entries on the District Court Action docket evidence the

27  substantial time and resources required to litigate Bay Point's claims in the District Court Action.

28  *See* District Court Action Docket (attached hereto as **Exhibit B**).

- 4 -

13.     I am familiar with the hourly billing rates charged by similarly situated law firms in Atlanta for litigation work similar to these actions.  Based on my experience, and in my opinion, the hourly billing rates for the attorneys listed above are reasonable and customary based upon the levels of educations and experience of the attorneys and non-attorney timekeepers involved, and are in line with rates that are usual and customary to those of other similar law firms in Atlanta.

14.     On August 27, 2021, Bay Point filed a Request for Clerk to Enter Default Under Local Bankruptcy Rule 7055-1(a) against the Debtor as to the Non-Dischargeability Complaint (the "**Request for Entry of Default**").  That same day, Bay Point served the Request for Entry of Default on the Debtor, by causing it to be mailed to the address provided by the Debtor in his Bankruptcy Case: 506 N. Croft Avenue, Los Angeles, CA 90048.  Bay Point also mailed, and emailed, the Request for Entry of Default to the Debtor's counsel of record in the Bankruptcy Case.  Bay Point included the Debtor on the email to the Debtor's bankruptcy counsel by copying jon@hoplitefilms.com.

15.     On September 4, 2021, Bay Point's mailing to the Debtor of the Request for Entry of Default was returned to sender as undelivered.  As of September 15, 2021, the copies of the Request for Entry of Default that Bay Point served on the Debtor's bankruptcy attorney have not been returned.

16.     In connection with the filing of Bay Point's Motion for Entry of Default Judgment on Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A), I obtained a Status Report from the United States Department of Defense Manpower Data Center indicating that, as of September 13, 2021, the Debtor is not currently on active duty in the armed forces of the United States.  *See* Department of Defense Status Report (attached hereto as **Exhibit C**).

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2021, at Atlanta, Georgia.

_Harris Winsberg_
Harris Winsberg

# EXHIBIT A

Troutman Pepper Hamilton Sanders LLP
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | |
|---|---|
| Bay Point Advisors, LLC | Invoice Date      02/19/21 |
| Attn: Greg Jacobs | Submitted by      J A Wood |
| 3050 Peachtree Road | Direct Dial      919-835-4138 |
| Suite 2 | Invoice No.      30115677 |
| Atlanta, GA 30305 | Firm Ref. No.      255018.000036 |

---

**RE:    Hoplite Loan Litigation**

Fees for Professional Services Rendered Through 01/31/21      $99,721.00

Costs and Expenses Through 01/31/21      $1,397.52

**Total Amount of This Invoice**      **$101,118.52**

---

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership

Invoice Date 02/19/21
Invoice Number 30115677
File No. 255018.000036
Page 2



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 01/05/21 | N DeLoatch | Review and analyze ███████████ | 3.0 | 1,350.00 |
| 01/05/21 | H Winsberg | Review correspondence on ███████████ and conference call with client regarding ████████; review forbearance documents | 3.8 | 3,553.00 |
| 01/05/21 | J Wood | Calls with Harris Winsberg and Bay Point; email correspondence | 1.1 | 869.00 |
| 01/06/21 | N DeLoatch | Review and analyze loan documents; review ████████; ███████████ | 8.0 | 3,600.00 |
| 01/06/21 | C Kelleher | Initial review of loan documents | 0.8 | 344.00 |
| 01/06/21 | H Winsberg | Review loan documents, ████████ and ████████ and correspond with client regarding ████████; call with John Isbell on ███████████ ███████████ | 4.8 | 4,488.00 |
| 01/06/21 | J Wood | Calls and email correspondence with Harris Winsberg | 0.5 | 395.00 |
| 01/07/21 | K Calloway | Order searches | 0.4 | 116.00 |
| 01/07/21 | N DeLoatch | Review and analyze ████████; analyze and develop ████████ | 6.0 | 2,700.00 |
| 01/07/21 | C Kelleher | Draft Complaint against Hoplite entities | 5.4 | 2,322.00 |
| 01/07/21 | C Kelleher | Correspond with Harris Winsberg regarding ████████ ███████████ | 0.2 | 86.00 |
| 01/07/21 | C Kelleher | Continue drafting Complaint against Hoplite entities | 2.0 | 860.00 |
| 01/07/21 | C Kelleher | Conference with Harris Winsberg regarding drafting of complaint | 0.2 | 86.00 |
| 01/07/21 | H Winsberg | Review loan origination files and conference calls with Baypoint on ████████; review ███████████ ████████ | 4.5 | 4,207.50 |
| 01/08/21 | C Kelleher | Finalize initial draft of Complaint and send same to Harris Winsberg for review | 10.0 | 4,300.00 |
| 01/08/21 | H Winsberg | Review issues on Hoplite litigation matters and update with client regarding ████████ | 2.8 | 2,618.00 |
| 01/08/21 | J Wood | Review and comment on draft complaint; email correspondence with Harris Winsberg | 1.8 | 1,422.00 |

Invoice Date 02/19/21
Invoice Number 30115677
File No. 255018.000036
Page 3



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 01/09/21 | C Kelleher | Revise Complaint to incorporate suggested edits from Harris Winsberg | 0.6 | 258.00 |
| 01/10/21 | A Peurach | Review draft complaint | 0.8 | 600.00 |
| 01/11/21 | C Kelleher | Correspond with Harris Winsberg and Alex Peurach regarding draft of Complaint | 0.3 | 129.00 |
| 01/11/21 | C Kelleher | Review and revise Complaint to address comments from Alex Peurach | 2.0 | 860.00 |
| 01/11/21 | A Peurach | Comment on draft complaint; telephone conference with Harris Winsberg regarding matter; review and analyze correspondence | 1.8 | 1,350.00 |
| 01/11/21 | H Winsberg | Conference calls with the client ██████████████ ████████████████████████; ███████ ████████████████████████ | 1.6 | 1,496.00 |
| 01/12/21 | C Kelleher | Correspond with Alex Peurach regarding ████████ | 0.2 | 86.00 |
| 01/12/21 | C Kelleher | Conference with Alex Peurach regarding ████████ | 0.5 | 215.00 |
| 01/12/21 | C Kelleher | Revise Complaint and send same to Alex Peurach for review | 1.0 | 430.00 |
| 01/12/21 | C Kelleher | Revise Complaint to incorporate additional revisions from Alex Peurach | 0.7 | 301.00 |
| 01/12/21 | A Peurach | Review and analyze background documents and legal research; telephone conference with Chris Kelleher regarding complaint, legal research and strategy; telephone conference with Harris Winsberg regarding same; review and revise complaint | 3.3 | 2,475.00 |
| 01/12/21 | H Winsberg | Review federal claims in connection with proposed complaint; review ██████████████████████; review and revise proposed verified complaint and ██████████ ████ | 1.6 | 1,496.00 |
| 01/13/21 | C Kelleher | Draft Motion for Appointment of Receiver | 5.5 | 2,365.00 |
| 01/13/21 | A Peurach | Review correspondence regarding comments to complaint | 0.3 | 225.00 |
| 01/13/21 | H Winsberg | Review receiver standards for appointment; correspond with client on ████████████████████████████ ████ | 1.1 | 1,028.50 |
| 01/14/21 | C Kelleher | Finalize draft of Motion for Appointment of Receiver | 5.3 | 2,279.00 |
| 01/14/21 | A Peurach | Telephone conference with Chandler Rierson, Rob Moran and Harris Winsberg regarding ██████; correspondence regarding complaint; review and revise motion for receiver | 1.7 | 1,275.00 |

Invoice Date 02/19/21
Invoice Number 30115677
File No. 255018.000036
Page 4



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 01/14/21 | H Winsberg | Conference call with client ████████████; update on changes to proposed complaint; review new correspondence to incorporate into the proposed claim and correspond with working group regarding ██████ | 2.2 | 2,057.00 |
| 01/15/21 | C Kelleher | Review and revise Complaint to incorporate client revisions | 1.5 | 645.00 |
| 01/15/21 | C Kelleher | Review and revise Complaint, Motion, and Brief in Support of Motion, and send same to Alex Peurach and Harris Winsberg for review | 2.7 | 1,161.00 |
| ████████ | ████████ | ████████████████████ ████████████████ ██████████████ | ██ | ████ |
| ████████ | ████████ | ████████████████ | ██ | ████ |
| ████████ | ████████ | ████████████████ ████████████ | ██ | ████ |
| 01/15/21 | A Peurach | Review and revise drafts of complaint; correspondence regarding same and background | 1.1 | 825.00 |
| 01/15/21 | H Winsberg | Review and revise verified complaint and ████████████ ████; review and revise motion to appoint a receiver | 1.7 | 1,589.50 |
| 01/16/21 | C Kelleher | Review and revise Complaint and Motion for Appointment of Receiver to incorporate revisions from Alex Peurach and Harris Winsberg | 1.9 | 817.00 |
| 01/16/21 | A Peurach | Review latest drafts of complaint and receiver motion; correspondence regarding same | 1.2 | 900.00 |
| 01/16/21 | H Winsberg | Review UCC lien searches and update receivership motion regarding the same; correspond with client ████████ ████ | 1.3 | 1,215.50 |
| 01/17/21 | A Peurach | Review and revise complaint and receiver motion | 0.8 | 600.00 |
| 01/17/21 | H Winsberg | Review and revise receivership motion and verified complaint | 1.2 | 1,122.00 |
| 01/18/21 | C Kelleher | Review and revise Complaint and Motion for Appointment of Receiver to incorporate edits from Harris Winsberg and Alex Peurach | 3.2 | 1,376.00 |
| 01/18/21 | H Winsberg | Correspond with client on ██████████████ ████████████████ | 0.8 | 748.00 |
| 01/19/21 | H Winsberg | Review and revise motion to appoint a receiver and revise complaint regarding the same; correspond on action items for | 2.6 | 2,431.00 |

Invoice Date 02/19/21
Invoice Number 30115677
File No. 255018.000036
Page 5



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | case filings | | |
| 01/20/21 | H Winsberg | Update with working group on ████████████ ████████████; follow up on action items regarding the same | 2.8 | 2,618.00 |
| 01/21/21 | K Calloway | Review lien searches and circulate chart | 0.5 | 145.00 |
| ████ | | ███████████████ | █ | ███ |
| 01/21/21 | C Kelleher | Correspond with Alex Peurach regarding ██████████ ████████ | 0.2 | 86.00 |
| | | ██ | | |
| 01/21/21 | C Kelleher | Review and revise Complaint and supporting documents | 0.7 | 301.00 |
| ████ | | ██████████████ | █ | ███ |
| ████ | | ██████████████ ████ | █ | ███ |
| ████ | | ███████████████ ██████ | █ | ███ |
| 01/22/21 | C Kelleher | Finalize Complaint and supporting documents and prepare same for filing in Northern District of Georgia | 3.8 | 1,634.00 |
| 01/22/21 | A Peurach | Correspondence regarding forbearance, complaint, motion for receiver and filings; review and comment on complaint and motion for receiver in preparation for filing; manage filing of same | 2.1 | 1,575.00 |
| 01/22/21 | H Winsberg | Review and revise court papers and correspond with client on ████ | 2.8 | 2,618.00 |
| 01/25/21 | C Kelleher | Draft litigation hold/preservation notice for use in litigation | 1.3 | 559.00 |
| ████ | | ██████████ ██████████ | █ | ███ |
| 01/25/21 | C Kelleher | Draft waivers of service of summons | 0.2 | 86.00 |
| ████ | | ██████████████ ████████ | | |
| ████ | | ██████████████ ████ | █ | |
| ████ | | ██████████████ ████████ | █ | ███ |



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | | |
| 01/26/21 | C Kelleher | Review correspondence from Harris Winsberg regarding ▆▆▆▆▆▆▆▆▆▆ | 0.2 | 86.00 |
| 01/26/21 | A Peurach | Review and revise litigation hold notice; correspondence regarding same | 0.6 | 450.00 |
| ▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ | ▆ | ▆ |
| ▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆ | ▆ | ▆ |
| ▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆▆ ▆ | ▆ | ▆ |
| ▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ ▆ | ▆ | ▆ |
| ▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆ | ▆ | ▆ |
| ▆▆▆▆ | | ▆▆▆▆▆▆ | ▆ | ▆ |
| ▆▆▆▆ | | ▆▆▆▆▆▆▆ | ▆ | ▆ |
| ▆▆▆▆ | | ▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ | ▆ |
| ▆▆▆▆ | | ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆ | ▆ | ▆ |
| 01/28/21 | H Winsberg | Review potential case strategy options and follow up with working group regarding the same | 0.9 | 841.50 |
| 01/29/21 | C Kelleher | Prepare and serve various filings relating to motion for receivership | 1.8 | 774.00 |
| 01/29/21 | A Peurach | Correspondence regarding waivers of service, motion for receiver and discovery; telephone conference with Harris Winsberg regarding strategy; analyze offensive litigation strategy | 1.8 | 1,350.00 |

|  | Total: | 159.9 | 99,721.00 |

Invoice Date 02/19/21
Invoice Number 30115677
File No. 255018.000036
Page 7



Bay Point Advisors, LLC

Hoplite Loan Litigation

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/21**

| Name | Rate | Hours | Amount |
|------|-----:|------:|-------:|
| Calloway, Katherine C. | 290.00 | 0.9 | 261.00 |
| DeLoatch, Nathan T | 450.00 | 17.8 | 8,010.00 |
| Kelleher, Christopher J. | 430.00 | 69.1 | 29,713.00 |
| Lisauskas, Lauren | 420.00 | 1.3 | 546.00 |
| Peurach, Alexandra S. | 750.00 | 24.4 | 18,300.00 |
| Winsberg, Harris B. | 935.00 | 43.0 | 40,205.00 |
| Wood, Justin A. | 790.00 | 3.4 | 2,686.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/21**

| Date | Description | Amount |
|------|-------------|-------:|
| 01/21/21 | Filing Fees - VENDOR: CT Lien Solutions INVOICE#: 03402626 DATE: 1/21/2021  Invoice #:03402626 Tran Date:01/21/2021 Description:Lien/Litigation Searches | 995.52 |
| 01/27/21 | Filing Fees - VENDOR: Theriot, Jamie INVOICE#: 4430959901272054 DATE: 1/27/2021  Jaime Theriot - Filing Fees, 01/22/21, Filing fee for Complaint | 402.00 |
| | Total: | 1,397.52 |

Total Fees & Costs:    $101,118.52

Troutman Pepper Hamilton Sanders LLP
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Bay Point Advisors, LLC
Attn: Greg Jacobs
3050 Peachtree Road
Suite 2
Atlanta, GA 30305

| | |
|---|---|
| Invoice Date | 02/19/21 |
| Submitted by | J A Wood |
| Direct Dial | 919-835-4138 |
| Invoice No. | 30115677 |
| Firm Ref. No. | 255018.000036 |

---

**RE:**    **Hoplite Loan Litigation**

**Total Amount of This Invoice**                $101,118.52

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Pepper Hamilton Sanders LLP
Operating Account #2052700305792
Reference Attorney: Justin A Wood
Reference Client: 255018
From International Locations please add
Swift Address/Code: WFBI US 6S

---

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

Troutman Pepper Hamilton Sanders LLP
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609

troutman.com



**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | |
|---|---|
| Bay Point Advisors, LLC | Invoice Date 03/12/21 |
| Attn: Greg Jacobs | Submitted by J A Wood |
| 3050 Peachtree Road | Direct Dial 919-835-4138 |
| Suite 2 | Invoice No. 30125197 |
| Atlanta, GA 30305 | Firm Ref. No. 255018.000036 |

**RE:**     **Hoplite Loan Litigation**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/21 | $97,134.00 |
| Costs and Expenses Through 02/28/21 | $372.28 |
| **Total Amount of This Invoice** | **$97,506.28** |

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership

Invoice Date 03/12/21
Invoice Number 30125197
File No. 255018.000036
Page 2



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/01/21 | H Winsberg | Update with proposed receiver; correspond with opposing counsel; review strategic options for ███████████ ████████████████████████████ | 1.5 | 1,402.50 |
| 02/02/21 | C Kelleher | Conference with Alex Peurach and Harris Winsberg regarding Hearing on Motion for Appointment of Receiver | 0.5 | 215.00 |
| 02/02/21 | C Kelleher | Draft Proposed Order Granting Motion for Appointment of Receiver for submission to Court in advance of hearing | 4.2 | 1,806.00 |
| 02/02/21 | A Peurach | Correspondence regarding hearing on motion for appointment of receiver; telephone conference with Harris Winsberg and Chris Kelleher regarding same; prepare for hearing on motion for appointment of receiver; correspondence regarding hearing | 4.4 | 3,300.00 |
| 02/02/21 | H Winsberg | Call with Alex and John ████████████████████████; review docket text entry and update with client regarding ██ ████ | 1.2 | 1,122.00 |
| 02/03/21 | C Kelleher | Initial witness preparation meeting with Chandler Rierson | 0.8 | 344.00 |
| 02/03/21 | C Kelleher | Conference with Alex Peurach and Harris Winsberg regarding strategy for hearing | 0.5 | 215.00 |
| 02/03/21 | C Kelleher | Legal research and analysis regarding ████████████ ████████████████████ | 1.9 | 817.00 |
| 02/03/21 | C Kelleher | Conference with Harris Winsberg regarding Court's request for response regarding consent to extension | 0.1 | 43.00 |
| 02/03/21 | C Kelleher | Draft direct examination of Chandler Rierson | 1.6 | 688.00 |
| 02/03/21 | A Peurach | Review legal research regarding appointment of receiver; telephone conference with Harris Winsberg and Chris Kelleher to prepare for hearing on motion for appointment of receiver; video conference with Chandler Rierson, Harris Winsberg and Chris Kelleher regarding ████; prepare for hearing on motion for appointment of receiver; review and revise proposed order appointing receiver; correspondence regarding matter | 8.0 | 6,000.00 |
| 02/03/21 | H Winsberg | Correspond with opposing counsel and client on ████████ ████████████████ and update with client regarding ███ ████████████; conference call with Chandler Reirson ████ ████████; review and revise order granting the motion to appoint a receiver | 1.8 | 1,683.00 |
| 02/04/21 | C Kelleher | Continue drafting Chandler Rierson direct examination | 0.5 | 215.00 |
| 02/04/21 | A Peurach | Telephone conference with Harris Winsberg regarding hearing on motion for receiver | 0.5 | 375.00 |

Invoice Date 03/12/21
Invoice Number 30125197
File No. 255018.000036
Page 3



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 02/04/21 | H Winsberg | Call with Alex Peurach on preparation of motion to appoint a receiver | 0.5 | 467.50 |
| 02/05/21 | C Kelleher | Prepare exhibits for use at motions hearing | 0.7 | 301.00 |
| 02/05/21 | C Kelleher | Review and revise Chandler Rierson direct examination and accompanying exhibits | 1.8 | 774.00 |
| 02/05/21 | A Peurach | Draft direct examination outline for Chandler Rierson; correspondence regarding exhibit protocol for hearing | 4.2 | 3,150.00 |
| 02/06/21 | H Winsberg | Review materials and prepare for receivership hearing | 0.6 | 561.00 |
| 02/07/21 | H Winsberg | Review materials and prepare for receivership hearing | 0.5 | 467.50 |
| 02/08/21 | C Kelleher | Review Hoplite's response brief and draft analysis of same | 1.5 | 645.00 |
| 02/08/21 | C Kelleher | Conference with Alex Peurach regarding exhibit preparation for hearing | 0.3 | 129.00 |
| 02/08/21 | C Kelleher | Attend and participate in witness preparation session with Chandler Rierson | 2.3 | 989.00 |
| 02/08/21 | C Kelleher | Prepare receivership hearing exhibits for final production | 0.3 | 129.00 |
| 02/08/21 | A Peurach | Review and analyze Hoplite's response to motion for appointment of receiver; draft direct examination outline for Chandler Rierson; prepare Chandler Rierson for hearing testimony with Harris Winsberg and Chris Kelleher; prepare for hearing on motion for appointment of receiver; correspondence regarding same | 6.7 | 5,025.00 |
| 02/08/21 | H Winsberg | Review defendants response brief and update client on ███████████████; attend preparation session with Chandler Rierson | 3.5 | 3,272.50 |
| 02/09/21 | C Kelleher | Legal research and analysis regarding ████████████████████████ | 0.7 | 301.00 |
| 02/09/21 | C Kelleher | Meeting with Alex Peurach and Harris Winsberg regarding hearing preparation and strategy | 1.1 | 473.00 |
| 02/09/21 | C Kelleher | Finalize exhibits, prepare binders of same, and circulate to court | 1.2 | 516.00 |
| 02/09/21 | C Kelleher | Draft cross examination of Jonathan Lee Smith for use at hearing | 3.2 | 1,376.00 |
| 02/09/21 | A Peurach | Prepare for hearing on motion for appointment of receiver; review and revise draft cross examination outline for Jon Smith; meeting with Harris Winsberg and Chris Kelleher regarding same; correspondence regarding same and Columbia State | 5.8 | 4,350.00 |

Invoice Date 03/12/21
Invoice Number 30125197
File No. 255018.000036
Page 4



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | Bank loan; telephone conferences with Harris Winsberg regarding same and hearing | | |
| 02/09/21 | H Winsberg | Prepare for receivership hearing; correspond with court and client on case updates and in person hearing; correspond with client on ▮▮▮▮▮▮▮▮ and with Columbia Bank on its allegations with respect to the subordination agreement | 5.5 | 5,142.50 |
| 02/10/21 | C Kelleher | Revise cross examination of Jonathan Smith ▮▮▮▮▮▮▮▮ | 0.9 | 387.00 |
| 02/10/21 | C Kelleher | Update exhibits for use at hearing | 0.5 | 215.00 |
| 02/10/21 | C Kelleher | Attend and participate in hearing on motion for appointment of receiver | 4.0 | 1,720.00 |
| 02/10/21 | C Kelleher | Draft proposed order granting preliminary injunction, and send same to Harris Winsberg and Alex Peurach for review | 2.1 | 903.00 |
| 02/10/21 | C Kelleher | Review and revise Proposed Order Granting Preliminary Injunction and send same to opposing counsel for review | 1.1 | 473.00 |
| 02/10/21 | A Peurach | Prepare for and attend hearing on motion for receiver; review and revise injunction order; correspondence regarding same | 8.9 | 6,675.00 |
| 02/10/21 | H Winsberg | Prepare for hearing; call with Columbia Bank's counsel on allegations contained in its letter; attend hearing on motion to appoint a receiver; review and revise proposed court injunction in light of the court's oral ruling and correspond with client and opposing counsel regarding ▮▮▮▮▮▮ | 8.5 | 7,947.50 |
| 02/11/21 | C Kelleher | Attend follow-up hearing regarding proposed preliminary injunction | 0.9 | 387.00 |
| 02/11/21 | C Kelleher | Conference with Harris Winsberg and Alex Peurach regarding proposed revisions to preliminary injunction | 0.5 | 215.00 |
| 02/11/21 | A Peurach | Revise proposed order granting preliminary injunction for submission to court; attend hearing with Court regarding proposed order; further revise order granting preliminary injunction; correspondence regarding same; telephone conference with Harris Winsberg regarding same | 4.2 | 3,150.00 |
| 02/11/21 | H Winsberg | Correspond with opposing counsel and client on Defendants' proposed changes to the proposed injunction order; attend court hearing on disputes regarding the proposed edits to the injunction order and update client regarding ▮▮▮▮▮▮; revise proposed injunction order in light of court's oral ruling; review injunction order entered by the court and update client regarding ▮▮▮▮▮▮ | 4.5 | 4,207.50 |

Invoice Date 03/12/21
Invoice Number 30125197
File No. 255018.000036
Page 5



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/12/21 | C Kelleher | Research and analysis regarding various information for Marshall Glade | 0.9 | 387.00 |
| 02/12/21 | A Peurach | Review court order granting preliminary injunction; analyze strategy and next steps; correspondence regarding Marshall Glade inspection and access to records | 1.0 | 750.00 |
| 02/12/21 | H Winsberg | Correspond with opposing counsel and client on ███████ ███████████████████████████████████████ | 0.5 | 467.50 |
| 02/16/21 | C Kelleher | Receive document production from opposing counsel and upload same to secure site to share with client | 0.3 | 129.00 |
| 02/16/21 | A Peurach | Correspondence regarding assisting Marshall Glade with execution of Order and production of documents from Smith and Hoplite | 0.5 | 375.00 |
| 02/17/21 | C Kelleher | Download supplemental document production and send same to client for review | 0.2 | 86.00 |
| 02/17/21 | C Kelleher | Download revised document production and send same to client for review | 0.2 | 86.00 |
| 02/18/21 | C Kelleher | Upload supplemental document production and send same to client for review | 0.2 | 86.00 |
| 02/22/21 | C Kelleher | Review and analyze Motion to Dismiss | 0.5 | 215.00 |
| 02/22/21 | A Peurach | Review and analyze Hoplite motion to dismiss; correspondence regarding same | 1.2 | 900.00 |
| 02/22/21 | H Winsberg | Review motion to dismiss filed by Defendants and update with client ███████████████████████████████ | 1.2 | 1,122.00 |
| 02/23/21 | C Kelleher | Conference with Alex Peurach and Harris Winsberg regarding response to Motion to Dismiss | 0.8 | 344.00 |
| 02/23/21 | C Kelleher | Review and analyze Motion to Dismiss and send analysis of same to Alex Peurach and Harris Winsberg | 6.7 | 2,881.00 |
| 02/23/21 | C Kelleher | Conduct ███████████ analysis regarding ██████████ █████ | 0.6 | 258.00 |
| 02/23/21 | C Kelleher | Correspond with Alex Peurach regarding analysis of Motion to Dismiss | 0.7 | 301.00 |
| 02/23/21 | A Peurach | Review and analyze motion to dismiss and potential response to same; telephone conference with Harris Winsberg and Chris Kelleher regarding same; review legal research regarding ██████ █████; review loan documents regarding same; draft outline regarding arguments in response to motion dismiss | 3.2 | 2,400.00 |



Invoice Date 03/12/21
Invoice Number 30125197
File No. 255018.000036
Page 6


Bay Point Advisors, LLC

Hoplite Loan Litigation


**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/23/21 | H Winsberg | Correspond with Defendants' counsel on compliance with the court's order on turn over of documents; review motion to dismiss matters ███████ ███████████████ | 2.5 | 2,337.50 |
| 02/24/21 | C Kelleher | Conference with Alex Peurach and Harris Winsberg regarding ███████████████ | 0.6 | 258.00 |
| 02/24/21 | A Peurach | Analyze strategy for responding to Bay Point motion to dismiss and Hoplite's refusal to provide documents; telephone conference with Harris Winsberg and Chris Kelleher regarding ███; correspondence regarding same | 1.0 | 750.00 |
| 02/24/21 | H Winsberg | Review motion to dismiss matters and case action items with Alex Peurach and Chris Kelleher and follow up on action items regarding the same | 1.5 | 1,402.50 |
| 02/25/21 | C Kelleher | Correspond with Harris Winsberg and Alex Peurach regarding Defendants' request for expedited hearing | 0.5 | 215.00 |
| 02/25/21 | A Peurach | Correspondence regarding amended complaint; review original complaint and revise ██████████████ ████████████ | 2.2 | 1,650.00 |
| 02/25/21 | H Winsberg | Review case strategy and follow up with client on ███████████ ████; review proposed amendments with Alex Peurach; call with Defendants' counsel on request for hearing and respond to court regarding the same | 1.8 | 1,683.00 |
| 02/26/21 | C Kelleher | Review and revise First Amended Complaint | 4.9 | 2,107.00 |
| 02/26/21 | H Winsberg | Call with Marshall Glade and review correspondence regarding request for additional documents | 1.4 | 1,309.00 |
| 02/27/21 | C Kelleher | Review and revise First Amended Complaint | 2.0 | 860.00 |
| 02/27/21 | A Peurach | Review and revise amended complaint | 1.6 | 1,200.00 |
| | | Total: | 142.7 | 97,134.00 |

Invoice Date 03/12/21
Invoice Number 30125197
File No. 255018.000036
Page 7



Bay Point Advisors, LLC

Hoplite Loan Litigation

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/21**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Kelleher, Christopher J. | 430.00 | 52.3 | 22,489.00 |
| Peurach, Alexandra S. | 750.00 | 53.4 | 40,050.00 |
| Winsberg, Harris B. | 935.00 | 37.0 | 34,595.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/21**

| Date | Description | Amount |
|------|-------------|--------|
| 02/10/21 | Court Reporter/Deposition Costs - VENDOR: JanaColter LLC INVOICE#: 20200496 DATE: 2/10/2021  2/11/2021 Hearing Transcript | 319.20 |
| 02/17/21 | Outside Courier Services - VENDOR: Georgia Messenger Service, Inc. INVOICE#: 322986 DATE: 2/12/2021  Date:02/09/2021  Job Code:RIERSEN To:1274 BRIARWOOD RD NE | 25.14 |
| 02/17/21 | Outside Courier Services - VENDOR: Georgia Messenger Service, Inc. INVOICE#: 322986 DATE: 2/12/2021  Date:02/11/2021  Job Code:KELLER To:JANA COLTER COURT REPORT | 27.94 |
| | Total: | 372.28 |

Total Fees & Costs:  $97,506.28

Troutman Pepper Hamilton Sanders LLP
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Bay Point Advisors, LLC
Attn: Greg Jacobs
3050 Peachtree Road
Suite 2
Atlanta, GA 30305

| | |
|---|---|
| Invoice Date | 03/12/21 |
| Submitted by | J A Wood |
| Direct Dial | 919-835-4138 |
| Invoice No. | 30125197 |
| Firm Ref. No. | 255018.000036 |

---

**RE:**   **Hoplite Loan Litigation**

**Total Amount of This Invoice**                              $97,506.28

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Pepper Hamilton Sanders LLP
Operating Account #2052700305792
Reference Attorney: Justin A Wood
Reference Client: 255018
From International Locations please add
Swift Address/Code: WFBI US 6S

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

Troutman Pepper Hamilton Sanders LLP
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

| | | |
|---|---|---|
| Bay Point Advisors, LLC | Invoice Date | 04/14/21 |
| Attn: Greg Jacobs | Submitted by | J A Wood |
| 3050 Peachtree Road | Direct Dial | 919-835-4138 |
| Suite 2 | Invoice No. | 30141079 |
| Atlanta, GA 30305 | Firm Ref. No. | 255018.000036 |

**RE:    Hoplite Loan Litigation**

| | |
|---|---|
| Fees for Professional Services Rendered Through 03/31/21 | $119,818.50 |
| Total Fees | $119,818.50 |
| Costs and Expenses Through 03/31/21 | $3,838.63 |
| **Total Amount of This Invoice** | **$123,657.13** |

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership

Invoice Date 04/14/21
Invoice Number 30141079
File No. 255018.000036
Page 2



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 03/01/21 | C Kelleher | Review and revise Amended Complaint, and send copy of same to Harris Winsberg for review | 2.9 | 1,247.00 |
| 03/02/21 | C Kelleher | Draft Notice of Deposition of Jonathan Lee Smith | 0.4 | 172.00 |
| 03/03/21 | C Kelleher | Review Loan Agreement and revise Amended Complaint to incorporate various provisions | 1.3 | 559.00 |
| 03/03/21 | A Peurach | Correspondence regarding documents from Jon Smith, amended complaint and Smith deposition | 1.3 | 975.00 |
| 03/04/21 | C Kelleher | Review and revise Amended Complaint to incorporate revisions from Alex Peurach | 0.8 | 344.00 |
| 03/04/21 | A Peurach | Review and comment on amended complaint; correspondence regarding same and deposition | 0.8 | 600.00 |
| 03/04/21 | H Winsberg | Review and revise amended complaint and update client regarding ███████ | 1.8 | 1,683.00 |
| 03/05/21 | C Kelleher | Finalize and serve Notice of Deposition of Jonathan Lee Smith | 0.6 | 258.00 |
| 03/05/21 | A Peurach | Review and comment on latest draft of amended complaint | 1.2 | 900.00 |
| 03/05/21 | H Winsberg | Review deposition notice; follow up with client on ████████ ███████████; follow up on defendants' compliance with the court order on turn over of documents | 1.6 | 1,496.00 |
| 03/08/21 | C Kelleher | Finalize draft of Amended Complaint and coordinate filing of same | 3.8 | 1,634.00 |
| 03/08/21 | C Kelleher | Conference with Harris Winsberg and Alex Peurach regarding Jon Smith deposition prep and final revisions to Amended Complaint | 0.7 | 301.00 |
| 03/08/21 | A Peurach | Review latest draft of amended complaint for filing; correspondence regarding same; telephone conference with Harris Winsberg and Chris Kelleher regarding same and Jon Smith deposition | 1.6 | 1,200.00 |
| 03/08/21 | H Winsberg | Review deposition topics to cover with Marshall Glade and then Alex Peurach for preparation of Smith's deposition | 1.5 | 1,402.50 |
| 03/09/21 | H Winsberg | Update client on ██████████████████████ | 0.4 | 374.00 |
| 03/11/21 | C Kelleher | Conference with Alex Peurach, Harris Winsberg, and Marshall Glade regarding financial statement analysis | 1.2 | 516.00 |
| 03/11/21 | C Kelleher | Conference with Harris Winsberg and Alex Peurach regarding Jon Smith deposition preparation | 0.7 | 301.00 |

Invoice Date 04/14/21
Invoice Number 30141079
File No. 255018.000036
Page 3



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 03/11/21 | C Kelleher | Review document production in preparation for deposition | 1.4 | 602.00 |
| 03/11/21 | A Peurach | Telephone conference with Harris Winsberg, Chris Kelleher and Marshall Glade regarding Hoplite production; telephone conference with Harris Winsberg and Chris Kelleher regarding Jon Smith deposition; telephone conference with Hoplite counsel regarding deposition and hearing; confer with Harris Winsberg regarding same; begin preparation for Jon Smith deposition | 3.5 | 2,625.00 |
| 03/11/21 | H Winsberg | Conference calls with Marshall Glade and Alex Peurach on Smith's deposition and analysis of documents produced by Hoplite and update with client on ███████████████ ██████████████████████████████████████ ████████████ | 2.2 | 2,057.00 |
| 03/12/21 | C Kelleher | Review documents for Jon Smith deposition preparation | 0.7 | 301.00 |
| 03/12/21 | A Peurach | Prepare for Jon Smith deposition; telephone conference with Chris Kelleher regarding same | 3.0 | 2,250.00 |
| 03/12/21 | H Winsberg | ████████████████████████████████████████; update with Alex Peurach | 1.4 | 1,309.00 |
| 03/14/21 | C Kelleher | Draft Jonathan Lee Smith deposition outline and send same to Alex Peurach for review | 7.1 | 3,053.00 |
| 03/14/21 | A Peurach | Prepare for Jon Smith deposition | 1.5 | 1,125.00 |
| 03/15/21 | C Kelleher | Review and revise outline of Smith deposition and prepare related exhibits for use at deposition | 3.5 | 1,505.00 |
| 03/15/21 | A Peurach | Prepare for Jon Smith deposition | 8.6 | 6,450.00 |
| 03/15/21 | H Winsberg | Review deposition outline for Smith | 0.5 | 467.50 |
| 03/16/21 | C Kelleher | Attend Jon Smith deposition | 6.6 | 2,838.00 |
| 03/16/21 | C Kelleher | Pre- and post-deposition document compilation and identification | 1.5 | 645.00 |
| 03/16/21 | A Peurach | Prepare for Jon Smith deposition; depose Jon Smith; correspondence regarding deposition | 8.0 | 6,000.00 |
| 03/16/21 | H Winsberg | Update on Smith's deposition and follow up with client on ██████████████████████████████████ | 0.8 | 748.00 |
| 03/17/21 | C Kelleher | Correspond with Charles Andros and Alex Peurach regarding ████████████████████ | 0.2 | 86.00 |
| 03/17/21 | C Kelleher | Draft initial version of Marshall Glade Declaration | 0.5 | 215.00 |
| 03/17/21 | A Peurach | Correspondence regarding matter status and strategy; | 1.3 | 975.00 |

Invoice Date 04/14/21
Invoice Number 30141079
File No. 255018.000036
Page 4



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | telephone conference with Harris Winsberg regarding same and preparation for hearing | | |
| 03/18/21 | C Kelleher | Correspond with Marshall Glade regarding Jon Smith deposition | 0.2 | 86.00 |
| 03/18/21 | A Peurach | Review deposition transcript; correspondence regarding strategy in light of same | 0.8 | 600.00 |
| 03/18/21 | H Winsberg | Review receivership matters and discuss same with Marshall Glade | 0.6 | 561.00 |
| 03/19/21 | C Kelleher | Conference with Alex Peurach regarding supplemental statement in support of motion for appointment of receiver | 0.2 | 86.00 |
| 03/19/21 | A Peurach | Analyze order and strategy for hearing; telephone conference with Harris Winsberg regarding hearing preparation and strategy; prepare for hearing; telephone conference with Chris Kelleher regarding supplement to motion for receiver | 2.2 | 1,650.00 |
| 03/19/21 | C Ward | Review Jonathan Lee Smith deposition transcript and mark personal information for redactions | 3.7 | 1,128.50 |
| 03/19/21 | H Winsberg | Prepare for hearing on motion to appoint a receiver; phones calls with Marshall Glade and Alex Peurach regarding the same | 1.8 | 1,683.00 |
| 03/20/21 | C Kelleher | Review deposition transcript and mark relevant redactions of bank account information | 1.1 | 473.00 |
| 03/20/21 | H Winsberg | Update with client on ███████████; prepare for hearing on appointment of a receiver | 1.4 | 1,309.00 |
| 03/22/21 | C Kelleher | Conference with Harris Winsberg regarding consent order for appointment of receiver | 0.3 | 129.00 |
| 03/22/21 | C Kelleher | Draft proposed consent order granting motion for appointment of receiver and send same to Harris Winsberg for review | 1.1 | 473.00 |
| 03/22/21 | C Kelleher | Draft statement of additional facts in support of motion for appointment of receiver and send same to Harris Winsberg and Alex Peurach for review | 4.1 | 1,763.00 |
| 03/22/21 | A Peurach | Review supplemental production; review Marshall Glade declaration; review supplement in support of appointment of a receiver; review Hoplite's motion to dismiss; correspondence regarding matter; telephone conference with Harris Winsberg regarding matter strategy | 2.3 | 1,725.00 |
| 03/22/21 | C Ward | Review Jonathan Lee Smith deposition transcript and mark personal information for redactions | 0.3 | 91.50 |
| 03/22/21 | H Winsberg | Phone calls with Charles Andros and John Isbell on ███ | 3.5 | 3,272.50 |

Invoice Date 04/14/21
Invoice Number 30141079
File No. 255018.000036
Page 5



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | ████████████████████; review and revise draft receivership order; prepare for hearing on receivership; review and revise statute report and call with Marshall Glade on his proposed declaration; review Hoplite's motion to dismiss the amended complaint | | |
| 03/23/21 | C Kelleher | Conference with Marshall Glade regarding declaration for use at hearing | 0.2 | 86.00 |
| 03/23/21 | C Kelleher | Conference with Marshall Glade and Alex Peurach regarding hearing exhibits and declaration | 0.4 | 172.00 |
| 03/23/21 | C Kelleher | Conference with Alex Peurach regarding Marshall Glade declaration | 0.2 | 86.00 |
| 03/23/21 | C Kelleher | Conference with Alex Peurach and Harris Winsberg regarding final hearing preparation | 0.5 | 215.00 |
| 03/23/21 | C Kelleher | Serve courtesy copies of relevant filings in advance of hearing on motion for appointment of receiver | 0.3 | 129.00 |
| 03/23/21 | C Kelleher | Finalize supplemental documents in support of motion for appointment of receiver and send same to court for use at hearing | 5.0 | 2,150.00 |
| 03/23/21 | C Kelleher | Conference with Harris Winsberg and Alex Peurach regarding hearing preparation and exhibit compilation | 0.4 | 172.00 |
| 03/23/21 | A Peurach | Review Marshall Glade declaration; telephone conference with Marshall Glade and Chris Kelleher regarding same; telephone conference with Harris Winsberg and Chris Kelleher regarding same and notice of additional facts; review and revise notice of additional facts; correspondence regarding hearing and matter status; prepare for hearing | 4.0 | 3,000.00 |
| 03/23/21 | H Winsberg | Calls with Marshall Glade and Alex Puerach on preparation for the hearing on the motion to appoint the receiver; review and revise the notice of filings to be made in court in connection with the motion to appoint the receiver; review correspondence with Porta Pellex and 23 Capital on the subordination agreements; prepare for the receivership hearing and update with client regarding ████ | 3.6 | 3,366.00 |
| 03/24/21 | C Kelleher | Attend hearing on motion for appointment of receiver | 2.9 | 1,247.00 |
| 03/24/21 | C Kelleher | Legal research and analysis regarding response to plaintiff's motion to dismiss | 1.3 | 559.00 |
| 03/24/21 | A Peurach | Prepare for and attend continued hearing on motion for appointment receiver | 4.8 | 3,600.00 |

Invoice Date 04/14/21
Invoice Number 30141079
File No. 255018.000036
Page 6



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 03/24/21 | H Winsberg | Prepare for hearing and attending hearing on Bay Point's motion to appoint a receiver; update on client on ████████; discuss supplemental declaration from Marshall Glade | 4.8 | 4,488.00 |
| 03/25/21 | C Kelleher | Finalize research and analysis regarding response to motion to dismiss | 3.2 | 1,376.00 |
| 03/25/21 | C Kelleher | Conference with Alex Peurach regarding strategy ██████████████ | 0.7 | 301.00 |
| 03/25/21 | A Peurach | Analyze Hoplite motion to dismiss and jurisdiction arguments; analyze arguments for response to same; telephone conference with Chris Kelleher regarding same; telephone conference with 23 Capital counsel regarding receiver; review Smith deposition transcript in preparation for hearing | 4.0 | 3,000.00 |
| 03/25/21 | H Winsberg | Outline action items for next steps and follow up with Alex Peurach and Marshall Glade regarding the same; review questions to be answered in court as well as jurisdiction statement matters | 2.4 | 2,244.00 |
| 03/26/21 | C Kelleher | Conference with Alex Peurach regarding statement in support of subject matter jurisdiction | 0.2 | 86.00 |
| 03/26/21 | C Kelleher | Draft preliminary statement in support of subject matter jurisdiction | 5.0 | 2,150.00 |
| 03/26/21 | A Peurach | Draft notice of filing transactions for Jon Smith cross examination; prepare for Jon Smith cross examination at hearing; telephone conference with Chris Kelleher regarding arguments for motion to dismiss response | 3.2 | 2,400.00 |
| 03/26/21 | H Winsberg | Update with Marshall Glade on supplemental declaration; review draft transcript; update with client on ██████ | 1.7 | 1,589.50 |
| 03/27/21 | C Kelleher | Correspond with Alex Peurach regarding statement of questioned transactions | 0.2 | 86.00 |
| 03/27/21 | C Kelleher | Finalize draft of statement in support of court's subject matter jurisdiction and send same to Alex Peurach for review | 1.8 | 774.00 |
| 03/27/21 | A Peurach | Review and revise preliminary statement in support of jurisdiction and lists of transactions for Jon Smith cross examination | 2.0 | 1,500.00 |
| 03/27/21 | H Winsberg | Review and revise Hoplite notice of filing questions to present to defendants in connection with the receiver hearing | 0.5 | 467.50 |
| 03/28/21 | C Kelleher | Review and revise preliminary statement in support of subject matter jurisdiction and send same to Alex Peurach for review | 0.4 | 172.00 |

Invoice Date 04/14/21
Invoice Number 30141079
File No. 255018.000036
Page 7



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 03/28/21 | A Peurach | Revise notice of filing list of transactions for cross examination of Jon Smith; review and analyze Jon Smith deposition transcript in preparation for cross examination | 1.6 | 1,200.00 |
| 03/28/21 | H Winsberg | Review and revise jurisdiction statement and correspond with Alex Peurach regarding the same | 1.5 | 1,402.50 |
| 03/29/21 | C Kelleher | Review and revise supplemental statement in support of subject matter jurisdiction | 0.7 | 301.00 |
| 03/29/21 | C Kelleher | Draft cross examination of Hoplite board of directors representative for use at hearing | 3.0 | 1,290.00 |
| 03/29/21 | C Kelleher | Review Jon Smith cross examination and revise citations and exhibits | 0.4 | 172.00 |
| 03/29/21 | A Peurach | Draft cross examination outline for Jon Smith; finalize notice of transactions and statement in support of subject matter jurisdiction; prepare for hearing on motion for receiver | 5.0 | 3,750.00 |
| 03/29/21 | H Winsberg | Review and revise notice of questions to be answered in court and statement in support of subject matter jurisdiction; calls with Marshall Glade on trial preparation | 1.7 | 1,589.50 |
| 03/30/21 | C Kelleher | Prepare exhibits for use at hearing and send same to office services for printing and collating | 1.5 | 645.00 |
| 03/30/21 | C Kelleher | Finalize cross examinations for use at hearing | 0.9 | 387.00 |
| 03/30/21 | A Peurach | Draft cross examination outline for Jon Smith; draft cross examination outline for board members; telephone conference with Marshall Glade and Harris Winsberg in preparation for hearing; correspondence regarding preparation for hearing and Defendants' bankruptcy filing; telephone conference with Harris Winsberg regarding bankruptcy filing | 5.5 | 4,125.00 |
| 03/30/21 | H Winsberg | Prepare for hearing on motion to appoint a receiver; review defendants new bankruptcy filings; correspond with the court and opposing counsel regarding the recent bankruptcy filings and next steps | 3.5 | 3,272.50 |
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |

Invoice Date 04/14/21
Invoice Number 30141079
File No. 255018.000036
Page 8



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/21**

| Date | Tkpr | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|



|  |  |  | Total: | 190.0 | 119,818.50 |
|--|--|--|--------|-------|-----------|
|  |  |  | Total Fees: |  | $119,818.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 03/31/21**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Kelleher, Christopher J. | 430.00 | 73.8 | 31,734.00 |
| Peurach, Alexandra S. | 750.00 | 70.5 | 52,875.00 |
| Ward, Catherine B. | 305.00 | 4.0 | 1,220.00 |
| Winsberg, Harris B. | 935.00 | 41.7 | 38,989.50 |

Invoice Date 04/14/21
Invoice Number 30141079
File No. 255018.000036
Page 9



Bay Point Advisors, LLC

Hoplite Loan Litigation

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/21**

| Date | Description | Amount |
|------|-------------|--------|
| 03/25/21 | Court Reporter/Deposition Costs - VENDOR: JanaColter LLC INVOICE#: 20200507 DATE: 3/25/2021  3/24/21 Hearing Transcript | 417.65 |
| 03/31/21 | Court Reporter/Deposition Costs - VENDOR: Veritext INVOICE#: 4911647 DATE: 3/31/2021  Deposition of Jonathan Lee Smith | 3,348.25 |
| 03/25/21 | Miscellaneous Expenses - VENDOR: Goerke, Ashley INVOICE#: 4498975503251850 DATE: 3/25/2021 Ashley Goerke - Other, 03/19/21, Alexandra Peurach/ Deposition | 55.74 |
| 03/30/21 | Outside Courier Services - VENDOR: Georgia Messenger Service, Inc. INVOICE#: 323439 DATE: 3/26/2021  Date:03/25/2021  Job Code:COLTER To:JANA COLTER | 16.99 |
| | Total: | 3,838.63 |

Total Fees & Costs: $123,657.13

Troutman Pepper Hamilton Sanders LLP
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Bay Point Advisors, LLC
Attn: Greg Jacobs
3050 Peachtree Road
Suite 2
Atlanta, GA 30305

| | |
|---|---|
| Invoice Date | 04/14/21 |
| Submitted by | J A Wood |
| Direct Dial | 919-835-4138 |
| Invoice No. | 30141079 |
| Firm Ref. No. | 255018.000036 |

---

**RE:**    **Hoplite Loan Litigation**

**Total Amount of This Invoice**                                $123,657.13

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Pepper Hamilton Sanders LLP
Operating Account #2052700305792
Reference Attorney: Justin A Wood
Reference Client: 255018
From International Locations please add
Swift Address/Code: WFBI US 6S

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# EXHIBIT B

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:21-cv-00375-MLB

Bay Point Capital Partners II, LP v. Hoplite, Inc. et al
Assigned to: Judge Michael L. Brown
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 01/22/2021
Date Terminated: 05/13/2021
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

**Plaintiff**

**Bay Point Capital Partners II, LP**                    represented by    **Alexandra Spear Peurach**
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
404-885-3121
Email: alexandra.peurach@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Kelleher**
Troutman Pepper Hamilton Sanders
600 Peachtree Street
Suite 3000
Atlanta, GA 30308
404-885-2536
Email: chris.kelleher@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Winsberg**
Troutman Sanders, LLP-ATL
Bank of America Plaza, Suite 3000
600 Peachtree St., NE
Atlanta, GA 30308-2216
404-885-3000
Fax: 404-962-6893
Email:
harris.winsberg@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hoplite, Inc.**                    represented by    **Louis R. Cohan**
Cohan Law Group, LLC

3940 Peachtree Rd., N.E.
Tower 100, Suite 2570
Atlanta, GA 30326
404-891-1770
Email: lcohan@cohanlawgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hoplite Entertainment, Inc.**                represented by **Louis R. Cohan**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Jonathan Lee Smith**                         represented by **Louis R. Cohan**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**unknown**

**Columbia State Bank**                        represented by **Gwendolyn J. Godfrey**
                                               Polsinelli
                                               1201 W Peachtree St
                                               Suite 1100
                                               Atlanta, GA 30309
                                               404-253-6029
                                               Email: ggodfrey@polsinelli.com
                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2021 | 1 | COMPLAINT filed by Bay Point Capital Partners II, LP. (Filing fee $402.00, receipt number AGANDC-10639371) (Attachments: # 1 Exhibit -A -Email, # 2 Exhibit -B -License Agreement, # 3 Exhibit -C -License Agreement, # 4 Exhibit -D -Acquisition Agreement, # 5 Exhibit -E -Loan Agreement, # 6 Exhibit -F -Note, # 7 Exhibit -G -Guaranty Agreement, # 8 Exhibit -H -Forbearance Agreement, # 9 Exhibit -I -Second Forbearance, # 10 Exhibit -J -Email, # 11 Exhibit -K -Email, # 12 Exhibit -L -License Agreement, # 13 Exhibit -M -Consent Letter/ Standby Agreement/SBA Loan, # 14 Exhibit -N -Lien Search Certificates, # 15 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 01/25/2021) |
| 01/22/2021 | 2 | Certificate of Interested Persons and Corporate Disclosure Statement by Bay Point Capital Partners II, LP identifying Other Affiliate, Bay Point Advisors, LLC for Bay Point Capital Partners II, LP. (eop) (Entered: 01/25/2021) |
| 01/22/2021 | 3 | Emergency MOTION to Appoint Receiver with Memorandum of Law In Support by Bay Point Capital Partners II, LP. (Attachments: # 1 Memorandum of Law)(eop) Modified on 1/29/2021 (bgt). (Entered: 01/25/2021) |
| 01/25/2021 | 4 | Electronic Summons Issued as to Hoplite, Inc.. (eop) (Entered: 01/25/2021) |
| 01/25/2021 | 5 | Electronic Summons Issued as to Hoplite Entertainment, Inc.. (eop) (Entered: 01/25/2021) |
| 01/25/2021 | 6 | Electronic Summons Issued as to Jonathan Lee Smith. (eop) (Entered: 01/25/2021) |

| 01/25/2021 | | NINTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 12/8/20. (eop) (Entered: 01/25/2021) |
|---|---|---|
| 01/25/2021 | [7](#) | STANDING ORDER regarding civil litigation. Signed by Judge Mark H. Cohen on 1/25/21. (jpa) (Entered: 01/25/2021) |
| 01/27/2021 | [8](#) | ORDER OF RECUSAL. Judge Mark H. Cohen recused. Case reassigned to Judge Michael L. Brown for all further proceedings NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:21-cv-375-MLB. Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Judge Mark H. Cohen on 1/27/21. (jpa) (Entered: 01/27/2021) |
| 01/27/2021 | [9](#) | REQUEST FOR WAIVER of Service mailed to Hoplite, Inc. on 1/27/2021 . (Peurach, Alexandra) Modified on 1/28/2021 to edit text to accurately reflect e-filed document(jta). (Entered: 01/27/2021) |
| 01/27/2021 | [10](#) | DOCUMENT FILED IN ERROR NOTICE by Bay Point Capital Partners II, LP *of a Lawsuit and Request to Waive Service of a Summons as to Hoplite Entertainment, Inc.* (Peurach, Alexandra) Document to be re-filed, per call from counsel on 1/27/2021 (fem). (Entered: 01/27/2021) |
| 01/27/2021 | [11](#) | REQUEST FOR WAIVER of Service mailed to Jonathan Lee Smith on 1/27/2021 . (Peurach, Alexandra) Modified on 1/28/2021 to edit text to accurately reflect e-filed document(jta). (Entered: 01/27/2021) |
| 01/27/2021 | [12](#) | REQUEST FOR WAIVER of Service mailed to Hoplite Entertainment, Inc., on 1/27/2021 . (Peurach, Alexandra) Modified on 1/28/2021 to edit text to accurately reflect e-filed document (jta). (Entered: 01/27/2021) |
| 01/28/2021 | | Notification of Docket Correction re [11](#) Notice (Other), [12](#) Notice (Other), [9](#) Notice (Other). Incorrect events used. The Clerk has made the necessary corrections. (jta) (Entered: 01/28/2021) |
| 01/28/2021 | [13](#) | TENTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 01/27/2021. (adg) (ADI) (Entered: 01/28/2021) |
| 01/29/2021 | [14](#) | WAIVER OF SERVICE Returned Executed by Bay Point Capital Partners II, LP. Hoplite, Inc. waiver mailed on 1/27/2021, answer due 3/29/2021. (Peurach, Alexandra) (Entered: 01/29/2021) |
| 01/29/2021 | [15](#) | WAIVER OF SERVICE Returned Executed by Bay Point Capital Partners II, LP. Hoplite Entertainment, Inc. waiver mailed on 1/27/2021, answer due 3/29/2021. (Peurach, Alexandra) (Entered: 01/29/2021) |
| 01/29/2021 | [16](#) | WAIVER OF SERVICE Returned Executed by Bay Point Capital Partners II, LP. Jonathan Lee Smith waiver mailed on 1/27/2021, answer due 3/29/2021. (Peurach, Alexandra) (Entered: 01/29/2021) |
| 01/29/2021 | [17](#) | STANDING ORDER regarding civil litigation. Signed by Judge Michael L. Brown on 1/11/2021. (bgt) (Entered: 01/29/2021) |
| 01/29/2021 | [18](#) | CERTIFICATE OF SERVICE re [3](#) MOTION to Appoint Receiver by Bay Point Capital Partners II, LP.(Peurach, Alexandra) (Entered: 01/29/2021) |

| | | |
|---|---|---|
| 02/02/2021 | | ORDER (by docket entry only). The Court SETS a hearing via videoconference (Zoom) on Plaintiff's 3 Emergency Motion to Appoint Receiver for Friday, February 5, 2021, at 10:00 a.m. The Court ORDERS Plaintiff to immediately serve a copy of this order on counsel for Defendants, who is required to appear at Friday's hearing. The Court ORDERS Defendants to respond to the motion no later than 12:00 p.m. (noon) on Thursday, February 4, 2021. Given Plaintiff's request for expedited relief, the Court ORDERS, no later than 12:00 p.m. (noon) on Thursday, February 4, 2021, Plaintiff to file and email to the Courtroom Deputy Clerk (Benjamin_Thurman@gand.uscourts.gov) in Microsoft Word format a proposed order granting its motion. By requiring a proposed order be filed, the Court is not suggesting that it has reached any determination on the motion. Connection instructions for the hearing are as follows: https://ganduscourts.zoomgov.com/j/1610104436. Meeting ID: 161 010 4436. Passcode: 923005. Call-in number: 1-646-828-7666. You must follow the instructions of the Court for remote proceedings available here. The procedure for filing documentary exhibits admitted during the proceeding is available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* Ordered by Judge Michael L. Brown on 2/2/2021. (bgt) (Entered: 02/02/2021) |
| 02/02/2021 | 19 | NOTICE of Appearance by Louis R. Cohan on behalf of Hoplite Entertainment, Inc., Hoplite, Inc., Jonathan Lee Smith (Cohan, Louis) (Entered: 02/02/2021) |
| 02/02/2021 | 20 | CERTIFICATE OF SERVICE re Notice of Video/Telephone Proceeding, by Bay Point Capital Partners II, LP.(Peurach, Alexandra) Modified on 2/3/2021 to edit text to remove excess punctuation(jta). (Entered: 02/02/2021) |
| 02/04/2021 | | ORDER (by docket entry only). Counsel for Defendants has requested a continuance of the hearing set for 2/5/2021 and the filing deadline of 2/4/2021. Having considered the request, it is GRANTED. The Court CONTINUES the hearing via videoconference (Zoom) on Plaintiff's 3 Emergency Motion to Appoint Receiver to Wednesday, February 10, 2021, at 2:00 p.m. The Court ORDERS Defendants to respond to the motion no later than 12:00 p.m. (noon) on Monday, February 8, 2021. Given Plaintiff's request for expedited relief, the Court ORDERS, no later than 12:00 p.m. (noon) on Monday, February 8, 2021, Plaintiff to file and email to the Courtroom Deputy Clerk (Benjamin_Thurman@gand.uscourts.gov) in Microsoft Word format a proposed order granting its motion. By requiring a proposed order be filed, the Court is not suggesting that it has reached any determination on the motion. Connection instructions for the hearing are as follows: https://ganduscourts.zoomgov.com/j/1610104436. Meeting ID: 161 010 4436. Passcode: 923005. Call-in number: 1-646-828-7666. You must follow the instructions of the Court for remote proceedings available here. The procedure for filing documentary exhibits admitted during the proceeding is available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* Ordered by Judge Michael L. Brown on 2/4/2021. (bgt) (Entered: 02/04/2021) |
| 02/08/2021 | 21 | RESPONSE re 3 Emergency MOTION to Appoint Receiver filed by Hoplite Entertainment, Inc., Hoplite, Inc., Jonathan Lee Smith. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Cohan, Louis) Modified on 2/8/2021 to edit text and remove double wording (jta). (Entered: 02/08/2021) |
| 02/08/2021 | 22 | NOTICE Of Filing Proposed Receivership Order by Bay Point Capital Partners II, LP re 3 Emergency MOTION to Appoint Receiver (Attachments: # 1 Proposed Order)(Peurach, Alexandra) (Entered: 02/08/2021) |
| 02/10/2021 | | NOTICE CONVERTING HEARING (by docket entry only): The Court CONVERTS the hearing on Plaintiff's 3 Emergency Motion to Appoint Receiver to an in person hearing to |

| | | take place on 2/10/2021 at 2:00 PM in ATLA Courtroom 1906 before Judge Michael L. Brown. (bgt) (Entered: 02/10/2021) |
|---|---|---|
| 02/10/2021 | [24](#) | Minute Entry for proceedings held before Judge Michael L. Brown: Motion Hearing held on 2/10/2021 re [3](#) Emergency MOTION to Appoint Receiver filed by Bay Point Capital Partners II, LP. The Court heard argument on the motion. Plaintiff presented the following witness: Chandler Rierson. The following exhibits were admitted: Plaintiff's exhibits A, B, C, D, E, F, G, H, I, J, K, L, O, P, Q, R, S, T, and U. The parties shall submit a proposed order to the Court. (Court Reporter Jana B. Colter)(jta) (Entered: 02/11/2021) |
| 02/11/2021 | [23](#) | NOTICE of Appearance by Gwendolyn J. Godfrey on behalf of Columbia State Bank (Godfrey, Gwendolyn) (Entered: 02/11/2021) |
| 02/11/2021 | [25](#) | Plaintiff's Exhibits admitted and retained at the [24](#) Motion Hearing have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J, # [11](#) Exhibit K, # [12](#) Exhibit L, # [13](#) Exhibit O, # [14](#) Exhibit P, # [15](#) Exhibit Q, # [16](#) Exhibit R, # [17](#) Exhibit S, # [18](#) Exhibit T, # [19](#) Exhibit U)(ddm) (Entered: 02/11/2021) |
| 02/11/2021 | [26](#) | NOTICE TO COUNSEL OF RECORD regarding RECLAMATION AND DISPOSITION OF UNCLAIMED Documentary EXHIBITS pursuant to Local Rule 79.1D. Re: [25](#) Exhibits. (ddm) (Entered: 02/11/2021) |
| 02/11/2021 | [27](#) | ORDER. Bay Point's [3](#) Motion for Appointment of Receiver is CONTINUED on the terms and conditions set forth herein. A hearing is set before this Court in the United States Courthouse located at 75 Ted Turner Drive SW, Atlanta, Georgia 30303, Courtroom 1906, on March 24, 2021, at 10:00 a.m., at which time Bay Point, Defendants, and any other affected persons shall appear before the Court to provide the Court with any relevant updates regarding the status of the implementation of the relief set forth in this Order, any relevant information obtained during the implementation of the relief set forth in this Order, and to advise the Court whether a further continuance of the Motion (Dkt. 3) is warranted under the circumstances. This Order and preliminary injunction shall continue in full force and effect until further order of this Court, and this Court retains jurisdiction of this matter for all purposes. Any violation of the term(s) of this order will be punishable by contempt and other appropriate relief that this Court finds just and proper. (See order for details.) Signed by Judge Michael L. Brown on 2/11/2021. (bgt) (Entered: 02/11/2021) |
| 02/11/2021 | | Set Deadlines/Hearings: Hearing set for 3/24/2021 at 10:00 AM in ATLA Courtroom 1906 before Judge Michael L. Brown. (bgt) (Entered: 02/11/2021) |
| 02/11/2021 | [28](#) | Minute Entry for proceedings held before Judge Michael L. Brown: Status Conference held on 2/11/2021. Teleconference held regarding Plaintiff's [3](#) Motion to Appoint Receiver. (Court Reporter Jana B. Colter)(jta) (Entered: 02/12/2021) |
| 02/22/2021 | [29](#) | MOTION to Dismiss and Request for Expedited Hearing with Brief In Support by Hoplite Entertainment, Inc., Hoplite, Inc., Jonathan Lee Smith. (Attachments: # [1](#) Brief)(Cohan, Louis) . Added MOTION for Hearing on 2/23/2021 (jta). Modified brief-pdf corrupt(jta). (Entered: 02/22/2021) |
| 02/22/2021 | [30](#) | MEMORANDUM in Support re [29](#) MOTION to Dismiss and Request for Expedited Hearing with Brief In Support by Hoplite Entertainment, Inc., Hoplite, Inc., Jonathan Lee Smith. (Cohan, Louis) Modified on 2/23/2021 to edit text to accurately reflect e-filed document (jta). (Entered: 02/22/2021) |
| 02/23/2021 | | Notification of Docket Correction re [29](#) MOTION to Dismiss MOTION for Hearing. Two-part motion filed as one-part. The Clerk has made the necessary corrections. (jta) (Entered: 02/23/2021) |

| 02/23/2021 | | Notification of Docket Correction re 30 MOTION to Supplement. Incorrect event used. The Clerk has made the filed corrections and termed the motion. (jta) (Entered: 02/23/2021) |
|---|---|---|
| 03/08/2021 | 31 | AMENDED COMPLAINT against Hoplite Entertainment, Inc., Hoplite, Inc., Jonathan Lee Smith filed by Bay Point Capital Partners II, LP. (Attachments: # 1 Ex A - Email, # 2 Ex B - License Agreement, # 3 Ex C - License Agreement, # 4 Ex D - Acquisition Agreement, # 5 Ex E - Loan Agreement, # 6 Ex F - Note, # 7 Ex G - Guaranty Agreement, # 8 Ex H - Forbearance Agreement, # 9 Ex I - Second Forbearance Agreement, # 10 Ex J - Email, # 11 Ex K - Email, # 12 Ex L - License Agreement, # 13 Ex M - Letter, # 14 Ex N - Lien Search Certificates, # 15 Ex O - Email, # 16 Ex P - Email, # 17 Ex Q - Standby Creditor's Agreement, # 18 Ex R - Email, # 19 Ex S - Email, # 20 Ex T - Email, # 21 Ex U - UCC Financing Statement)(Peurach, Alexandra) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 03/08/2021) |
| 03/09/2021 | | ORDER (by docket entry only) denying as moot Defendants' 29 Motion to Dismiss in the light of Plaintiff's 31 Amended Complaint. Ordered by Judge Michael L. Brown on 3/9/2021. (bgt) (Entered: 03/09/2021) |
| 03/10/2021 | 32 | ELEVENTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 03/09/2021 (adg) (ADI) (Entered: 03/10/2021) |
| 03/16/2021 | 33 | NOTICE of Appearance by John D. Elrod on behalf of Porta Pellex, LLC (Elrod, John) (Entered: 03/16/2021) |
| 03/18/2021 | | Plaintiff's documentary exhibits 25 from the Motion Hearing held on February 10, 2021, were destroyed as directed in 26 Exhibit Return Notification (mec) (Entered: 03/18/2021) |
| 03/22/2021 | 34 | MEMORANDUM in Support of Motion to Dismiss Verified Amended Complaint and Request for Expedited Hearing with Brief In Support by Hoplite Entertainment, Inc., Hoplite, Inc., Jonathan Lee Smith. (Cohan, Louis) Modified on 3/22/2021 to edit text to accurately reflect e-filed document(jta). (Entered: 03/22/2021) |
| 03/22/2021 | | Notification of Docket Correction re 34 MOTION to Dismiss *Verified Amended Complaint and Request for Expedited Hearing*. Incorrect pdf filed and event used. Clerk has made the necessary corrections and termed motion. Attorney notified to file Motion. (jta) (Entered: 03/22/2021) |
| 03/22/2021 | 35 | MOTION to Dismiss Verified Amended Complaint and Request for Expedited Hearing with 34 Memorandum In Support by Hoplite Entertainment, Inc., Hoplite, Inc., Jonathan Lee Smith. (Cohan, Louis) Modified on 3/23/2021 to edit text to accurately reflect e-filed document (jta). (Entered: 03/22/2021) |
| 03/23/2021 | 36 | NOTICE Of Filing Declaration of Marshall Glade by Bay Point Capital Partners II, LP re 27 Order on Motion to Appoint Receiver,,,, (Attachments: # 1 Ex 1 - Declaration of Marshall Glade, # 2 Decl. Ex A - Email, # 3 Decl. Ex B - Bank Statements, # 4 Decl. Ex C - Payments & Receipts, # 5 Decl. Ex D - Emails, # 6 Decl. Ex E- Balance Sheets, # 7 Decl. Ex F - License Agr., # 8 Decl. Ex G - License Agr., # 9 Decl. Ex H - Deposition Transcript)(Peurach, Alexandra) (Entered: 03/23/2021) |
| 03/23/2021 | 37 | NOTICE by Bay Point Capital Partners II, LP re 27 Order on Motion to Appoint Receiver,,,, *of Additional Facts in Support of Its Emergency Motion for Appointment of Receiver* (Attachments: # 1 Ex A - D-2270-2271, # 2 Ex B - D-2272-2276, # 3 Ex C - D-2278-2280)(Peurach, Alexandra) (Entered: 03/23/2021) |

| 03/24/2021 | 38 | NOTICE Of Filing of Exhibits by Porta Pellex, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Elrod, John) Modified on 3/24/2021 to edit text to reflect PDF (dob). (Entered: 03/24/2021) |
| 03/24/2021 | 41 | Minute Entry for proceedings held before Judge Michael L. Brown on 3/24/2021. Hearing held pursuant to the Court's 27 February 11, 2021, order. An evidentiary hearing is set for 3/31/2021 at 2:00 p.m. Defendant Jonathan Lee Smith is ORDERED to appear in person at this hearing. The Court's other rulings are as stated in the record. (Court Reporter Jana B. Colter) (bgt) (Entered: 03/30/2021) |
| 03/29/2021 | 39 | NOTICE by Bay Point Capital Partners II, LP *Preliminary Statement in Support of the Court's Subject Matter Jurisdiction* (Peurach, Alexandra) (Entered: 03/29/2021) |
| 03/29/2021 | 40 | NOTICE Of Filing List of Transactions by Bay Point Capital Partners II, LP (Attachments: # 1 Ex A - D2272-77, # 2 Ex B - D194-200, # 3 Ex C - D2278-83, # 4 Ex D - 2270-71) (Peurach, Alexandra) (Entered: 03/29/2021) |
| 03/30/2021 | | NOTICE RESETTING HEARING (by docket entry only): The Evidentiary Hearing set for 3/31/2021 will begin at 2:30 PM in ATLA Courtroom 1906 before Judge Michael L. Brown. This is a time change only. (bgt) (Entered: 03/30/2021) |
| 03/30/2021 | 42 | NOTICE by Jonathan Lee Smith *Bankruptcy Filing* (Attachments: # 1 Exhibit 1 Jon Smith receipt, # 2 Exhibit 2 Hoplite Entertainment Notice of Filing)(Cohan, Louis) Modified on 3/31/2021 to edit text and remove double wording(jta). (Entered: 03/30/2021) |
| 03/31/2021 | 43 | Minute Entry for proceedings held before Judge Michael L. Brown: Evidentiary Hearing held on 3/31/2021. Hearing set pursuant to the March 24, 2021, hearing. (Dkt. 41 .) Discussion had regarding Defendants' Notice of Bankruptcy (Dkt. 42 ). For the reasons stated in the record, Plaintiff's Motion to Appoint Receiver (Dkt. 3 ) is GRANTED. Plaintiff to submit a proposed order to the Court. (Court Reporter Jana B. Colter)(jta) (Entered: 04/01/2021) |
| 04/01/2021 | 44 | ORDER: Plaintiff's Motion for Appointment of Receiver (Dkt. 3 ) is GRANTED as to Defendant Hoplite, Inc. on the terms and conditions set forth herein. See Order for details. Signed by Judge Michael L. Brown on 4/1/2021. (jta) (Entered: 04/01/2021) |
| 04/01/2021 | 45 | NOTICE by Hoplite, Inc. *Notice of Bankruptcy* (Attachments: # 1 Exhibit Notice of Filing - Hoplite, Inc.)(Cohan, Louis) (Entered: 04/01/2021) |
| 04/02/2021 | 46 | NOTICE by Bay Point Capital Partners II, LP *Regarding Automatic Stay of Litigation* (Peurach, Alexandra) (Entered: 04/02/2021) |
| 04/14/2021 | | Submission of 35 MOTION to Dismiss, to District Judge Michael L. Brown. (jta) (Entered: 04/14/2021) |
| 05/13/2021 | 47 | ORDER: Defendants filed petitions for bankruptcy in the United States Bankruptcy Court for the Central District of California pursuant to Chapters 7 and 11 of the United States Bankruptcy Code. (Dkts. 42 ; 45 .) Pursuant to 11 U.S.C. § 362(a), this matter is STAYED during the pendency of the bankruptcy proceedings in the United States Bankruptcy Court. The parties promptly shall notify the Court once the bankruptcy proceedings have concluded. The Court DIRECTS the Clerk to ADMINISTRATIVELY CLOSE this matter during the period of the stay. Signed by Judge Michael L. Brown on 5/13/2021. (jta) (Entered: 05/13/2021) |
| 05/13/2021 | | Civil Case Terminated. (jta) (Entered: 05/13/2021) |

# EXHIBIT C

Case 2:21-ap-01116-BR    Doc 9-1    Filed 09/15/21    Entered 09/15/21 13:23:15    Desc
Department of Defense Manpower Data Center    Page 43 of 44
Declaration of Harris Winsberg

Results as of : Sep-13-2021 01:05:20 PM

SCRA 5.9



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-0679 |
| Birth Date: | |
| Last Name: | SMITH |
| First Name: | JONATHAN |
| Middle Name: | |
| Status As Of: | Sep-13-2021 |
| Certificate ID: | 3BLNNGHC8QYKVFY |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.