# Exhibit 3

TROUTMAN PEPPER HAMILTON SANDERS LLP
Luke N. Eaton (SBN 280387)
   E-mail: luke.eaton@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

Harris B. Winsberg (admitted *pro hac vice*)
   E-mail: harris.winsberg@troutman.com
Alexandra S. Peurach (admitted *pro hac vice*)
   E-mail: Alexandra.Peurach@troutman.com
Nathaniel T. DeLoatch (admitted *pro hac vice*)
   E-mail: nathan.deloatch@troutman.com
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Plaintiff
BAY POINT CAPITAL PARTNERS II, LP

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JONATHAN L. SMITH,<br><br>    Debtor. | Case No. 2:21-bk-12542-BR<br><br>Chapter 7<br><br>Adversary No. 2:21-ap-01116-BR |
| BAY POINT CAPITAL PARTNERS II, LP,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN L. SMITH,<br><br>    Debtor-Defendant. | **DECLARATION OF JOHN ISBELL IN SUPPORT OF BAY POINT CAPITAL PARTNERS II, LP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(2)(A) AGAINST DEBTOR-DEFENDANT.** |

I, John Isbell, declare as follows:

1. I am over the age of 18 years and am competent and qualified to execute this declaration.

2. I submit this Declaration in support of Bay Point's Motion for Entry of Default Judgment on Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A).

3. I am the founding partner of the Law Offices of John F. Isbell LLC, and serve as co-counsel to Bay Point Capital Partners II, LP ("**Bay Point**") in connection to the bankruptcy case ("**Bankruptcy Action**") of Jonathan Lee Smith ("**Debtor**"), as well as in the above-captioned adversary proceeding (the "**Adversary Proceeding**") and the civil action filed by Bay Point against the Debtor on January 22, 2021 in the United States District Court for the Northern District of Georgia, *Bay Point Capital Partners II, LP v. Hoplite, Inc. et al.*, No. 1:21-cv-00375-MLB (N.D. Ga.) (the "**District Court Action**").

4. As detailed in **Exhibit A** attached hereto, Bay Point has incurred, and has paid, $45,688.50 in attorneys' fees and related expenses for legal services I have provided through March 30, 2021 in connection with Bay Point's efforts to prosecute the Debtor's fraud in the District Court Action.

5. I billed Bay Point for work in connection with the District Court Action at an hourly rate of $765, which is a 10% discount off of my standard hourly rate of $850. My rate is based on my experience, expertise, and geographic location (Atlanta). I am familiar with the hourly billing rates charged by similarly situated attorneys in Atlanta for similar legal work. Based on my experience, and in my opinion, my hourly billing rate is in line with the rates that are usual and customary in Atlanta.

6. Attached as Exhibit A are redacted billing records for legal work I have performed for Bay Point from January 4, 2021 to March 30, 2021, in connection with the District Court Action. These fees and related expenses total $45,688.50. To reach that total, I primarily focused on charges relating to Bay Point's prosecution of its claims against the Debtor in the District Court Action. In particular, those charges included: reviewing and drafting the Complaint and Amended Complaint; reviewing and drafting a Motion for the Appointment of a Receiver; responding to the Debtor's Motion to Dismiss; preparing for and assisting in three evidentiary

hearings on Bay Point's Motion for the Appointment of a Receiver; analyzing documentary evidence produced by the Debtor following the District Court's Order on Bay Point's Motion for the Appointment of a Receiver; investigating the conduct underpinning Bay Point's claims; and tasks related to those general areas of work.

7.  The billing records attached as Exhibit A have been redacted to protect the attorney-client and attorney work product privileges. The unredacted information reflects all time and work associated with prosecuting Bay Point's claims in the District Court Action on a per-day basis from January 4, 2021 to March 30, 2021. Should the Court direct it, I will submit unredacted bills for the Court's *in camera* review.

8.  I have personal knowledge of the work that was performed and reflected in Exhibit A. Based on my experience and knowledge, the time spent was reasonable and necessary.

9.  I reserve the right to supplement the evidence showing its attorneys' fees and expenses incurred in preparing and pursuing its motion.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2021, at Atlanta, Georgia.

_____
John Isbell

- 3 -

# EXHIBIT A

**Law Offices of John F. Isbell**

3050 Peachtree St. NW.
Suite 740
Atlanta, Georgia 30305

# INVOICE

**Bay Point**  Invoice # 0487

Invoice Date: Wed, February 3, 2021

**Re: Hoplite**

*Current Charges:*

**Fees**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/4/2021 | Review file and start coordinating litigation strategy. | 0.5 | 382.50 |
| 1/5/2021 | Review file and security documents; exchange multiple memoranda with Troutman team regarding [redacted]; conference call with group regarding [redacted]. | 1.2 | 918.00 |
| 1/6/2021 | Conference with C. Rierson regarding [redacted]; exchange memoranda with H. Winsberg regarding [redacted]; conference with H. Winsberg regarding [redacted]; conference with K. Brawner regarding [redacted]. | 1.4 | 1,071.00 |
| 1/7/2021 | Review [redacted] from H. Winsberg | 0.3 | 229.50 |
| 1/7/2021 | Review [redacted]; exchange memoranda with H. Winsberg regarding [redacted]. | 0.3 | 229.50 |
| 1/8/2021 | Exchange memoranda with H. Winsberg regarding [redacted]; conference call regarding [redacted]. | 0.5 | 382.50 |
| 1/13/2021 | Review multiple memoranda regarding [redacted]; conference with C> Andros regarding [redacted]. | 0.8 | 612.00 |
| 1/14/2021 | Review multiple drafts of documents and memoranda regarding [redacted]; review for [redacted]. | 2.0 | 1,530.00 |
| 1/15/2021 | Review e-mail relating to [redacted]; revcew current draft of Hoplite complaint | 1.8 | 1,377.00 |
| 1/18/2021 | Review receivership motion; conference with C. Andros regarding [redacted]; retain receiver. | 2.0 | 1,530.00 |
| 1/19/2021 | Exchange memoranda with M. Glade regarding conflicts; exchange memoranda with C. Andros and H. Winsberg regarding [redacted]; review current draft of complaint. | 2.3 | 1,759.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/21/2021 | Review standstill agreement; conference with C. Andros regarding ▮; revise forbearance agreement and ▮▮▮▮; review and revise same; review comments from H. Winsberg regarding ▮; exchange memoranda with C. Rierson and C. Andros regarding ▮. | 3.5 | 2,677.50 |
| 1/22/2021 | Exchange multiple calls and memoranda regarding ▮▮▮; exchange multiple messages with H. Winsberg regarding ▮▮▮▮. | 2.2 | 1,683.00 |
| 1/23/2021 | Conference with C. Rierson regarding ▮▮▮▮. | 0.2 | 153.00 |
| 1/24/2021 | Exchange multiple memoranda regarding ▮▮. | 0.2 | 153.00 |
| 1/25/2021 | Review multiple memoranda regarding ▮▮▮▮; multiple conferences with H. Winsberg regarding ▮▮▮; conference with borrower and borrower's counsel | 2.0 | 1,530.00 |
| 1/26/2021 | Review update on article; drafting new forbearance agreement. | 0.6 | 459.00 |
| 1/27/2021 | Review draft receivership motion; draft memoranda to Bay Point team regarding ▮; complete draft of new forbearance agreement; review Hoplite consent judgment stipulation. | 3.3 | 2,524.50 |
| 1/28/2021 | Review revised forbearance agreement; exchange memoranda with H. Winsberg regarding ▮▮▮; review communications finalizing ▮; review acceptance of service; exchange multiple memoranda regarding ▮▮▮▮. | 1.5 | 1,147.50 |
| 1/29/2021 | Review filed certificate of service; review motion for the appointment of receiver. | 1.0 | 765.00 |
| | **Fees for Services Rendered** | **27.6** | **$21,114.00** |

**Total New Charges**                                                                                        $21,114.00

*Account Statement:*

| | |
|---|---:|
| Balance as of Last Invoice | 7,210.00 |
| Payments and Adjustments | -7,210.00 |
| Balance forward | 0.00 |
| Current Charges | 21,114.00 |
| **Amount Due and Owing to Date** | **$21,114.00** |

*Payments:*

| Date | Description | Amount |
|---|---|---|
| 1/18/2021 | Payment #0452 | 7,210.00 |
| | **Total Payment** | **$7,210.00** |

**Law Offices of John F. Isbell**

3050 Peachtree St. NW.
Suite 740
Atlanta, Georgia 30305

# INVOICE

**Bay Point**  Invoice # 0518

Invoice Date: Tue, March 2, 2021

**Re: Hoplite**

*Current Charges:*

**Fees**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/1/2021 | Exchange multiple memoranda regarding ▮; exchange memoranda with H. Winsberg regarding ▮. | 0.6 | 459.00 |
| 2/2/2021 | Exchange messages with H. Winsberg regarding ▮; conference with C. Andros regarding ▮; review new counsel. | 1.0 | 765.00 |
| 2/3/2021 | Draft NDA for potential purchaser; conference with C. Andros regarding ▮. | 0.6 | 459.00 |
| 2/3/2021 | Conference with H. Winsberg regarding ▮; exchanged multiple memoranda regarding ▮. | 0.5 | 382.50 |
| 2/4/2021 | Review memoranda regarding ▮; review NDA and revise same for potential buyer. | 0.8 | 612.00 |
| 2/8/2021 | Review memoranda regarding ▮; conference with H. Winsberg regarding ▮; conference with H. Winsberg regarding ▮. | 1.3 | 994.50 |
| 2/9/2021 | Preparation for hearing tomorrow. | 2.2 | 1,683.00 |
| 2/10/2021 | Prepare for and attend hearing on receiver motion; multiple conferences with C. Andros regarding ▮; review communication on ▮; review terms of proposed injunction. | 5.8 | 4,437.00 |
| 2/11/2021 | Review defendant's edits to injunction order; review ▮; review entered TRO order. | 0.8 | 612.00 |
| 2/12/2021 | Conference with H. Winsberg regarding ▮; organize ▮ and forward to C. Andros and G. Jacobs. | 0.7 | 535.50 |
| 2/15/2021 | Call with group regarding ▮; exchange memoranda with H. Winsberg regarding ▮. | 0.4 | 306.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/16/2021 | Review initial documents produced by defendants. | 1.3 | 994.50 |
| 2/17/2021 | Conference with M. Glade regarding case update and next steps; review documents produced by defendant | 1.3 | 994.50 |
| 2/18/2021 | Review documents produced by defendants. | 1.5 | 1,147.50 |
| 2/25/2021 | Exchange memoranda regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; exchange messages with H. Winsberg regarding ▮▮▮▮▮▮▮▮▮▮▮. | 0.4 | 306.00 |
| | **Fees for Services Rendered** | **19.2** | **$14,688.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 2/12/2021 | Parking for TRO / Receivership Hearing | 18.00 |
| | **Total Fees & Expenses** | **$14,706.00** |
| | **Total New Charges** | **$14,706.00** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 21,114.00 |
| Payments and Adjustments | -21,114.00 |
| Balance forward | 0.00 |
| Current Charges | 14,706.00 |
| **Amount Due and Owing to Date** | **$14,706.00** |

*Payments:*

| Date | Description | Amount |
|---|---|---|
| 2/15/2021 | Payment #0481 | 21,114.00 |
| | **Total Payment** | **$21,114.00** |

**Law Offices of John F. Isbell**

3050 Peachtree St. NW.
Suite 740
Atlanta, Georgia 30305

# INVOICE

**Bay Point**  Invoice # 0551

Invoice Date: Wed, April 7, 2021

**Re: Hoplite**

*Current Charges:*

**Fees**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/5/2021 | Review amended complaint. | 0.5 | 382.50 |
| 3/6/2021 | Review amended complaint and provide comments on ▮. | 1.3 | 994.50 |
| 3/9/2021 | Review update on ▮. | 0.4 | 306.00 |
| 3/11/2021 | Exchange multiple memoranda with H. Winsberg and C. Rierson regarding ▮. | 0.3 | 229.50 |
| 3/12/2021 | Exchange messages with H. Winsberg regarding ▮. | 0.2 | 153.00 |
| 3/13/2021 | Draft payoff letter; multiple conferences with C. Andros regarding ▮; review loan file for payoff letter. | 0.7 | 535.50 |
| 3/16/2021 | Review ▮. | 0.1 | 76.50 |
| 3/17/2021 | Exchange multiple memoranda regarding ▮; exchange memoranda with H. Winsberg regarding ▮; review memoranda from C. Andros ▮. | 0.7 | 535.50 |
| 3/20/2021 | Review transcript from deposition; review ▮; multiple conferences with C. Andros regarding ▮. | 1.5 | 1,147.50 |
| 3/22/2021 | Conference with H. Winsberg regarding ▮; conference with C. Andros regarding ▮; review draft order and memoranda regarding same; review defendants motion to dismiss. | 1.5 | 1,147.50 |
| 3/23/2021 | Conference with C. Andros regarding ▮; review ▮. | 1.3 | 994.50 |
| 3/24/2021 | Multiple conferences regarding ▮; review ▮. | 1.5 | 1,147.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/25/2021 | Review transcript from receivership hearing. | 1.4 | 1,071.00 |
| 3/29/2021 | Exchange memoranda with H. Winsberg regarding ▮▮▮▮▮; review documents and presentation for filing. | 1.0 | 765.00 |
| 3/30/2021 | Exchange multiple memoranda with H. Winsberg regarding ▮▮▮▮▮; review bankruptcy petitions. | 0.5 | 382.50 |
| | **Fees for Services Rendered** | **14.4** | **$11,016.00** |

| | |
|---|---|
| **Total New Charges** | **$11,016.00** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 14,706.00 |
| Payments and Adjustments | -14,706.00 |
| Balance forward | 0.00 |
| Current Charges | 11,016.00 |
| **Amount Due and Owing to Date** | **$11,016.00** |

*Payments:*

| Date | Description | Amount |
|---|---|---|
| 3/18/2021 | Payment #0513 | 14,706.00 |
| | **Total Payment** | **$14,706.00** |