# Exhibit 4

TROUTMAN PEPPER HAMILTON SANDERS LLP
Luke N. Eaton (SBN 280387)
  E-mail: luke.eaton@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

Harris B. Winsberg (admitted *pro hac vice*)
  E-mail: harris.winsberg@troutman.com
Alexandra S. Peurach (admitted *pro hac vice*)
  E-mail: Alexandra.Peurach@troutman.com
Nathaniel T. DeLoatch (admitted *pro hac vice*)
  E-mail: nathan.deloatch@troutman.com
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Plaintiff
BAY POINT CAPITAL PARTNERS II, LP

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JONATHAN L. SMITH,<br><br>Debtor.<br><hr>BAY POINT CAPITAL PARTNERS II, LP,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN L. SMITH,<br><br>Debtor-Defendant. | Case No. 2:21-bk-12542-BR<br><br>Chapter 7<br><br>Adversary No. 2:21-ap-01116-BR<br><br>**DECLARATION OF MARSHALL GLADE IN SUPPORT OF BAY POINT CAPITAL PARTNERS II, LP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(2)(A) AGAINST DEBTOR-DEFENDANT.** |

I, Marshall Glade, declare as follows:

1. I am over the age of 18 years and am competent and qualified to execute this declaration. I have personal knowledge as to all matters set forth herein.

2. I submit this Declaration in support of Bay Point's Motion for Default Judgment on Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A).

3. I currently serve as a Managing Director of Glass Ratner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services ("**B. Riley**"). I am a Certified Public Accountant (CPA) with over 14 years of experience.

4. I was retained by Bay Point Capital Partners II, LP ("**Bay Point**") in connection with a lawsuit filed by Bay Point on January 22, 2021 in the United States District Court for the Northern District of Georgia, *Bay Point Capital Partners II, LP v. Hoplite, Inc. et al.*, No. 1:21-cv-00375-MLB (N.D. Ga.) (the "**District Court Action**"). Specifically, I was designated by Bay Point to serve as its agent in carrying out the terms of the Court's Order on Bay Point's Motion for Appointment of a Receiver in the District Court Action.

5. In connection with the District Court Action and carrying out the terms of the Court's Order, I reviewed and analyzed the Books and Records of Hoplite, Inc. and Hoplite Entertainment, Inc. (as defined in the Court's Order), prepared declarations for the District Court regarding the findings of my analyses, and prepared to testify as to the Debtor's compliance with the Court's Order. Two other B. Riley professionals assisted me on this matter, and I supervised their work.

6. As detailed on **Exhibit A** attached hereto, Bay Point incurred, and has paid, $21,370.00 in fees for the work performed by me and my firm in connection with the District Court Action from February 1 – March 30, 2021.

7. B. Riley billed Bay Point for work on this matter at standard hourly rates established for each employee who works at the firm. Those rates reflect the relative experience and expertise of each professional. B. Riley delegates work to professionals with the appropriate level of seniority, and further distributes work among the team as-needed depending on timing and various priorities of the matter. The hourly rates that applied to this particular matter as, as

- 2 -

reflected in Exhibit A: Marshall Glade, Managing Director, $425.00/hour; Ryan Gustafsen, Associate, $250.00/hour; and Janet Pritchard, Analyst, $160.00/hour.

8. Based on my experience, and in my opinion, the standard hourly billing rates are in line with the usual and customary rates charged by similarly-qualified professionals.

9. I have personal knowledge of the work that was performed and reflected in Exhibit A. Based on my experience and knowledge, the time spent was reasonable and necessary.

10. I reserve the right to supplement the evidence showing its attorneys' fees and expenses incurred in preparing and pursuing its motion.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2021, at Atlanta, Georgia.

_____
Marshall Glade

- 3 -

# EXHIBIT A

# B|RILEY
## Advisory Services

*Formerly known as GlassRatner Advisory & Capital Group LLC*

April 27, 2021                                                                                                  Invoice # :   56399

CHARLES ANDROS
BAY POINT ADVISORS, LLC
3050 PEACHTREE RD.
SUITE 740
ATLANTA GA 30305

In Reference To: **Hoplite**

For professional services rendered during the period   February 1, 2021   through   April 1, 2021

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Marshall Glade, CPA | 36.40 | 425.00 |
| Ryan Gustafsen | 23.30 | 250.00 |
| Janet Pritchard | 25.50 | 160.00 |

|  | Hours | Amount |
|---|---|---|
| Subtotal of charges |  | $25,375.00 |
| Courtesy Discount |  | ($2,730.00) |
| Total Professional Service Fees | 85.20 | $22,645.00 |
| Balance due |  | $22,645.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.      Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804  | www.glassratner.com

Hoplite Case 2:21-ap-01116-BR    Doc 9-4    Filed 09/15/21    Entered 09/15/21 13:23:15    Desc
Declaration of Marshall Glade    Page 7 of 7

4/27/2021
Invoice # : 56299
Page    2

**Professional Services Detail**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 2/10/2021 | M. Glade | Attend receiver hearing | 3.00 |
| 2/12/2021 | M. Glade | Review order; request documents from Mr. Smith and Accountant; exchange emails with counsel to Mr. Smith | 1.20 |
| 2/17/2021 | R. Gustafsen | Discussion with M Glade on Bank Statement Scheduling. | 0.40 |
|  | R. Gustafsen | Indexing of Bank and Credit Card statements from produced documents. | 3.50 |
| 2/18/2021 | J Pritchard | Prepare reconstruction of Wells Fargo Account 5546. (In process). | 0.50 |
|  | J Pritchard | Prepare reconstruction of Wells Fargo Account 2949. | 1.50 |
|  | J Pritchard | Prepare reconstruction of Wells Fargo Account 5559 (complete). Zoom meeting with M. Glade and R. Gustafsen. | 4.50 |
|  | R. Gustafsen | Discussion with M Glade on on going tasks | 0.30 |
|  | R. Gustafsen | Indexing and review of documents received. | 7.00 |
| 2/19/2021 | J Pritchard | Prepare reconstruction of Wells Fargo Account 5731. (In process). Telephone conference with M. Glade. | 4.50 |
|  | R. Gustafsen | Financial statement analysis. | 6.00 |
| 2/22/2021 | J Pritchard | Prepare reconstruction of Wells Fargo Account 5546. (In process). | 0.60 |
|  | J Pritchard | Continue to update List of Accounts with information from R. Gustafson. Prepare reconstruction of Wells Fargo Account 5731. (Complete). | 5.50 |
| 2/23/2021 | J Pritchard | Telephone conference with M. Glade. Supplement reconstructed data with data from check copies. Prepare reconstruction of Wells Fargo Account 5546. (In process). | 0.80 |
|  | R. Gustafsen | Discussion with M Glade on new analysis tasks | 0.10 |
| 2/24/2021 | R. Gustafsen | WIP: Bank Reconciliation analysis | 0.80 |
|  | M. Glade | Index materials received; draft correspondence with Big Media, Screen Media and Fight Channel | 1.20 |
| 2/25/2021 | J Pritchard | Review documents received; upload by category and assign nomenclature. Prepare Index of Documents Received and Relied On. | 3.40 |
|  | R. Gustafsen | WIP: Bank Reconciliation analysis | 2.00 |
| 2/26/2021 | R. Gustafsen | Discussion with M Glade on Bank Analysis | 0.30 |
|  | M. Glade | Review bank reconstruction documents; review document index list; draft email to J Smith counsel | 1.40 |
| 3/1/2021 | R. Gustafsen | Analysis and review of receivables. | 0.70 |
|  | R. Gustafsen | Updated Financial analysis to include July 2020 data. | 2.00 |
|  | M. Glade | Analyze financial statements | 0.40 |
|  | M. Glade | Call with D Weeks | 0.80 |
| 3/2/2021 | M. Glade | Analyze Balance Sheets; draft email to J Smith counsel | 0.30 |
| 3/9/2021 | R. Gustafsen | Discussion with M Glade on analysis findings. | 0.20 |
| 3/10/2021 | M. Glade | Summarize F/S and bank statement findings | 4.00 |
| 3/11/2021 | J Pritchard | Download documents received from counsel. Review, sort and upload documents. | 2.20 |
| 3/18/2021 | M. Glade | Review Jon Smith Deposition | 1.50 |
| 3/19/2021 | M. Glade | Continue reivew of Jon Smith Deposition; begin Declaration write-up | 2.00 |
| 3/22/2021 | J Pritchard | Update Index of Documents Received to include documents provided by counsel on 2021.03.05. | 2.00 |
|  | M. Glade | Declaration Write-Up | 6.00 |
| 3/23/2021 | M. Glade | Edits to Declaration Write-Up | 3.00 |
| 3/24/2021 | M. Glade | Attend Hoplite hearing | 1.70 |
| 3/25/2021 | M. Glade | Review documents requested for completeness; provide email to counsel regarding missing documents | 2.00 |
| 3/26/2021 | M. Glade | Call with Ruslan Magidov | 0.60 |
|  | M. Glade | Research new bank statements, analyze financials | 0.80 |
| 3/29/2021 | M. Glade | Further analysis of updated documents; begin potential draft of declaration | 2.00 |
| 3/30/2021 | M. Glade | Prepare for Hearing | 1.50 |

GlassRatner Advisory & Capital Group LLC