TROUTMAN PEPPER HAMILTON SANDERS LLP
Luke N. Eaton (SBN 280387)
  E-mail: luke.eaton@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

Harris B. Winsberg (admitted *pro hac vice*)
  E-mail: harris.winsberg@troutman.com
Alexandra S. Peurach (admitted *pro hac vice*)
  E-mail: Alexandra.Peurach@troutman.com
Nathaniel T. DeLoatch (admitted *pro hac vice*)
  E-mail: nathan.deloatch@troutman.com
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900

Attorneys for Creditor
BAY POINT CAPITAL PARTNERS II, LP

**FILED & ENTERED**

**OCT 26 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JONATHAN L. SMITH,<br><br>   Debtor.<br><hr>BAY POINT CAPITAL PARTNERS II, LP,<br><br>   Plaintiff,<br><br>v.<br><br>JONATHAN L. SMITH,<br><br>   Debtor-Defendant. | Case No. 2:21-bk-12542-BR<br><br>Chapter 7<br><br>Adversary No. 2:21-ap-01116-BR<br><br>**ORDER GRANTING DEFAULT JUDGMENT AND FINDING DEBT NON-DISCHARGEABLE**<br><br>Hearing Held: October 19, 2021. |

    This matter came before the Court on a Motion for Entry of Default Judgment on Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A) (the "Motion for Default Judgment")

[Dkt. No. 9] filed by Plaintiff Bay Point Capital Partners II, LP ("Plaintiff") against Debtor-Defendant Jonathan L. Smith. Upon consideration of the Motion for Default Judgment, the matters and evidence presented to the Court at the hearing on the Motion for Default Judgment held on October 19, 2021, and after further consideration of the arguments of counsel and the law pertaining thereto, and for good cause shown, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiff's Motion for Default Judgment is **GRANTED**.

2. Judgment is hereby awarded in favor of Plaintiff and against Jonathan L. Smith in the total amount of $3,541,335.87, calculated as follows:

| | |
|---|---|
| Principal, Interest, & Late Fees: | $3,176,944.44 |
| ~~Attorneys' Fees & Professional Expenses:~~ | ~~$364,391.43~~[br] |
| Total: | $3,176,944.44 |

3. This Judgment and debt are hereby determined to be, and shall be, non-dischargeable and excepted from any discharge Jonathan L. Smith may receive, pursuant to 11 U.S.C. § 523(a)(2)(A).

4. This Court shall retain jurisdiction to enforce this Order.

###

Date: October 26, 2021

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

- 2 -